UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to all cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gregory C. Farrell of the law firm Hughes Hubbard & Reed LLP hereby appears on behalf of Plaintiff Skatteforvaltningen. The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: New York, New York
April 29, 2022

HUGHES HUBBARD & REED LLP

By: /s/ Gregory C. Farrell
Gregory C. Farrell
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
gregory.farrell@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*
