# Exhibit 36



# Report of Foreign Bank and Financial Accounts

Version Number: 1.0

FinCEN Form 114   OMB No. 1506-0009   Effective October 1, 2013

The FBAR must be received by the Department of Treasury on or before June 30th of the year immediately following the calendar year being reported. The June 30th filing date may not be extended.

**Steps to Submit**
1. Complete the report in its entirety with all requested or required data known to the filer.
2. Click "Validate" to ensure proper formatting and that all required fields are completed.
3. Sign with PIN.
4. Click "Save"; filers may also "Print" a paper copy for their records.
5. Click "Submit".

**Filing name**   RJM 2015 FBAR

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

| Sign with PIN | #USER_SITE_WARNING# |

**If this report is being filed late, select the reason for filing late**

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00450239

| | | |
|---|---|---|
| 1 This report is for calendar year ended 12/31 | 2015 | Amended ☐  Prior Report BSA Identifier |

## Part I  Filer Information

| | | |
|---|---|---|
| 2 Type of filer | Fiduciary or Other | Pension Plan |
| 3 U.S. Taxpayer Identification Number | 461910855 | |
| 3a TIN type | EIN | |
| 4 Foreign identification | | |
| a Type | | |
| b Number | | |
| c Country/Region of issue | | |
| 5 Individual's date of birth | | |
| 6 Last name or organization's name | RJM Capital Pension Plan Trust | |
| 7 First name | | |
| 8 Middle name | | |
| 8a Suffix | | |
| 9 Address | c/o Kaye Scholer LLP, 250 West 55th Street | |
| 10 City | New York | |
| 11 State | NY | |
| 12 ZIP/postal code | 100199710 | |
| 13 Country/Region | US | |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [    ]    **If "Yes" is checked do not complete Part II or Part III, but retain records of this information**

☒ No

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [    ]    **If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.**

☒ No

Page 2 of 7

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    WH_MDL_00450240

**Part II    Information on Financial Account(s) Owned Separately  1  of  1**

| Field | Value |
|---|---|
| 15 Maximum account value | 22,000 |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | Securities |
| 17 Financial institution name | Solo Capital Partners LLP |
| 18 Account number or other designation | RJM01 |
| 19 Address | 10 Exchange Square, Primrose Street |
| 20 City | London |
| 21 State | |
| 22 Foreign postal code | EC2A2EN |
| 23 Country/Region | GB |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00450241

Part III   Information on Financial Account(s) Owned Jointly  1  of  1

## Account Information

| # | Field | | # | Field | |
|---|---|---|---|---|---|
| 15 | Maximum account value | | 15a | Maximum account value unknown | ☐ |
| 16 | Type of account | | | | |
| 17 | Financial institution name | | | | |
| 18 | Account number or other designation | | | | |
| 19 | Address | | | | |
| 20 | City | | 21 | State | |
| 22 | Foreign postal code | | 23 | Country/Region | |
| 24 | Number of joint owners | | | | |

## Principal Joint Owner Information

| # | Field | | # | Field | |
|---|---|---|---|---|---|
| 25 | Taxpayer Identification Number (TIN) | | 25a | TIN type | |
| 26 | Last name or organization name | | | | |
| 27 | First name | | | | |
| 28 | Middle name | | | | |
| 28a | Suffix | | | | |
| 29 | Address | | | | |
| 30 | City | | 31 | State | |
| 32 | ZIP/postal code | | 33 | Country/Region | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER               WH_MDL_00450242

**Part IV**   Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)   1   of   1

## Account Information

| Field | Value |
|---|---|
| 15 Maximum account value | |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | |
| 17 Financial institution name | |
| 18 Account number or other designation | |
| 19 Address | |
| 20 City | |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | |

## Owner Information

| Field | Value |
|---|---|
| 34 Last name or organization name | |
| 35 Taxpayer Identification Number (TIN) | |
| 35 a TIN type | |
| 36 First name | |
| 37 Middle name | |
| 37a Suffix | |
| 38 Address | |
| 39 City | |
| 40 State/territory/province | |
| 41 ZIP/postal code | |
| 42 Country/Region | |
| 43 Filer's title with this owner | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER   WH_MDL_00450243

Part V    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1  of  1

## Account Information

| | |
|---|---|
| 15 Maximum account value | |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | |
| 17 Financial institution name | |
| 18 Account number or other designation | |
| 19 Address | |
| 20 City | |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | |

## Owner Information

| | |
|---|---|
| 34 Organization name | |
| 35 Taxpayer Identification Number (TIN) | |
| 35 a TIN type | |
| 38 Address | |
| 39 City | |
| 40 State/territory/province | |
| 41 ZIP/postal code | |
| 42 Country/Region | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00450244

## Signature

44a Click here  ☒ if this report is completed by a third party preparer, complete the third party preparer section.

44 Filer signature — Please return to the Home tab to sign with PIN.

45 Filer title

46 Date of signature         (Date of signature will be auto-populated when the report is signed.)

## Third Party Preparer Use Only

| # | Field | Value |
|---|---|---|
| 47 | Preparer's last name | Ben-Jacob |
| 48 | First name | Michael |
| 49 | Middle name/initial | |

50 Check ☐ if self employed

| # | Field | Value | | |
|---|---|---|---|---|
| 51 | Preparer's TIN | [redacted] | 51a TIN type | PTIN |
| 52 | Contact phone number | 2128368310 | 52a Extension | |
| 53 | Firm's name | Kaye Scholer LLP | | |
| 54 | Firm's TIN | 131672623 | 54a TIN type | EIN |
| 55 | Address | 250 West 55th Street | | |
| 56 | City | New York | | |
| 57 | State | NY | | |
| 58 | ZIP/postal code | 100199710 | | |
| 59 | Country/Region | US | | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00450245