# Exhibit 74

| | |
|---|---|
| **From:** | DivArb Trader <trading@basaltpension.com> |
| **To:** | Bhupendra Mistry <bhupendra@gnosis-capital.com> |
| **Sent:** | 8/12/2014 9:06:38 AM |
| **Subject:** | Re: TDC DC Borrow |
| **Attachments:** | Basalt Ventures LLC Roth 401K Plan - Stock Loan - TDC.pdf |

Please see updated term sheet. Trade date is August 12th, 2014.

Thanks,
Matthew
On Aug 7, 2014, at 11:56 AM, Bhupendra Mistry <bhupendra@gnosis-capital.com> wrote:

> Hi
>
> Can you offer up to 3m shares in TDC DC
>
> Regards
> Bhupendra
> Gnosis Capital Ltd
> Tel: +65 9724 2687
>
>
> This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Gnosis Capital Ltd. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Please contact the sender if you believe you have received this email in error

CONFIDENTIAL

Pursuant to Section 3 of our Global Master Securities Lending Agreement this email will serve as a confirmation of the terms for the following loan of securities:

| | |
|---|---|
| LENDER: | Basalt Ventures LLC Roth 401K Plan |
| BORROWER: | Gnosis Capital Limited |
| TRADE DATE: | 12 August 2014 |
| SETTLEMENT DATE: | 13 August 2014 |
| ISSUER NAME: | TDC DC |
| ISIN: | DK0060228559 |
| SHARES: | 2,876,867 |
| HAIRCUT: | None |
| CASH COLLATERAL: | DKK     147,727,120.45 |
| TERM: | Open |
| INTEREST RATE: | One Week DKK CIBOR plus 70 basis points, payable to Borrower |
| FEE TO LENDER: | One Week DKK CIBOR plus 23.492 basis points, payable by Borrower |
| DIVIDENDS: | 100% to Lender |

CONFIDENTIAL                                                                                                         WH_MDL_00035348