# Exhibit 80

# Trade Confirmation

Client                    The FWC Capital LLC Pension Plan
Trade Date                26/03/2015

TJM are pleased to confirm the following details of your transaction:

## Trade Details

Ticker                    CARLB DC
Underlying                CARLSBERG AS-B
ISIN                      DK0010181759
Market                    OTC
Currency                  DKK
Shares                    903,635
Gross Price               571.50
Nominal                   516,427,402.50
Client Buy/Sell           BUY
Settlement                31/03/2015
SEDOL                     4169219

This bargain has been dealt on an execution only basis by us and as per
your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

**Trade Confirmation** E trading@tjmpartners.com | T +44 (0)20 7965 4620

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

FWCCAP00000036

# Trade Confirmation



The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199

Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

FWCCAP00000037

**Trade Confirmation**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933