# Exhibit 96

## Solo Capital

OPEN POSITIONS STATEMENT

| | | |
|---|---|---|
| RJM Capital Pension Plan | Date | 16 March 2015 |
| 1010 Fifth Avenue | | |
| Apt 1D, New York | | |
| NY 100028 | | |
| United States of America | | |
| Account Number: | RJM01 | |

SOLO CAPITAL PARTNERS LLP
10 EXCHANGE SQUARE, PRIMROSE STREET
LONDON, EC2A 2EN
TEL (44) 20 7382 4940

**Open Positions**

| Date | Open Position | Trade Price | Current Price | Position Value | Market Revaluation |
|---|---|---|---|---|---|

### ACCOUNT FINANCIAL SUMMARY

| | EUR | DKK | USD | EUR Eq. |
|---|---|---|---|---|
| Open Cash Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 12,851,183.74 | 248,559,980.45 | 0.00 | 46,170,215.97 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 | 0.00 |
| Custody & Equity Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -12,851,183.74 | -248,559,980.45 | 0.00 | -46,170,215.97 |
| Total daily MTM on Stock Loan | 12,851,183.74 | 248,559,980.45 | 0.00 | 46,170,215.97 |
| Interest on Stock Loan Pool | -348,347.37 | -12,472,611.57 | 0.00 | -2,026,279.21 |
| Stock Lending Fees | 187,392.99 | 5,559,586.89 | 0.00 | 932,645.92 |
| Realised Futures Profit & Loss | -15,967,703.80 | -327,162,246.08 | 0.00 | -59,723,282.76 |
| Initial Margin | 0.00 | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 0.00 | 0.00 | 0.00 |
| Dividend - NOVOZYMES A/S-B | 0.00 | 2,017,238.20 | 0.00 | 270,407.27 |
| Dividend - TDC A/S | 0.00 | 6,258,636.60 | 0.00 | 838,959.33 |
| Dividend - Danske Bank A/S | 0.00 | 5,106,196.90 | 0.00 | 684,744.89 |
| Dividend - PANDORA A/S | 0.00 | 2,386,549.95 | 0.00 | 319,912.86 |
| Dividend - CARLSBERG AS-B | 0.00 | 3,173,748.00 | 0.00 | 425,435.39 |
| Dividend - NOVO NORDISK A/S-B | 0.00 | 36,663,382.40 | 0.00 | 4,914,662.52 |
| Dividend - AP MOELLER-MAERSK A/S-A | 0.00 | 10,716,692.00 | 0.00 | 1,436,553.89 |
| Dividend - AP MOELLER-MAERSK A/S-B | 0.00 | 12,030,984.00 | 0.00 | 1,612,732.44 |
| Dividend - TRYG A/S | 0.00 | 2,465,671.16 | 0.00 | 330,250.83 |
| Dividend - BELGACOM SA | 548,455.89 | 0.00 | 0.00 | 548,455.89 |
| Dividend - GROUPE BRUXELLES LAMBERT SA | 319,028.34 | 0.00 | 0.00 | 319,028.34 |
| Dividend - AGEAS | 577,719.23 | 0.00 | 0.00 | 577,719.23 |
| Dividend - ANHEUSER-BUSCH INBEV NV | 1,732,320.99 | 0.00 | 0.00 | 1,732,320.99 |
| Dividend - COLOPLAST-B | 0.00 | 1,640,949.48 | 0.00 | 219,966.42 |
| Dividend - TDC A/S | 0.00 | 3,055,241.63 | 0.00 | 409,549.82 |
| Dividends | 3,177,524.44 | 85,515,290.31 | 0.00 | 14,640,700.09 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cash Balance** | **0.00** | **0.00** | **0.00** | **0.00** |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and registered by the Financial Services Authority of the United Kingdom. (FSA Registration Number 556553. Company Registration Number GC367975, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of taking transactions without further notice and any loss resulting referred to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

MPSKAT00158799

## Solo Capital

Cash Equity
Equity Transaction Statement

| | |
|---|---|
| Account Number: | R4641 |
| From | 01 January 2014 |
| To | 16 March 2015 |
| Account Name: | Solo Capital Pension Plan |
| Currency | EUR |

| Trade Date | Settlement Date | Currency | Transaction type | Description | ShareRef | Quantity | Principal | Trade Price | Commission | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 04/03/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | -280,755,344.00 | 254.0000 | 0.00 | -280,755,344.00 | -280,755,344.00 |
| 06/03/2014 | 12/03/2014 | DKK | Buy | TDC A/S | TDC | 3,897,034.00 | -205,178,840.10 | 52.6500 | 0.00 | -205,178,840.10 | -485,934,184.10 |
| 18/03/2014 | 24/03/2014 | DKK | Buy | Danske Bank A/S | DANSKE | 3,498,765.00 | -509,770,060.50 | 145.7000 | 0.00 | -509,770,060.50 | -995,704,244.60 |
| 19/03/2014 | 25/03/2014 | DKK | Buy | PANDORA A/S | PNDORA | 502,961.00 | -179,054,116.00 | 356.0000 | 0.00 | -179,054,116.00 | -1,174,758,360.60 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 543,450.00 | -283,680,900.00 | 522.0000 | 0.00 | -283,680,900.00 | -1,458,439,260.60 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB | 11,160,847.00 | -2,743,396,192.60 | 245.8000 | 0.00 | -2,743,396,192.60 | -4,201,775,453.20 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 10,486.00 | -655,375,000.00 | 62,500.0000 | 0.00 | -655,375,000.00 | -4,857,150,453.20 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 11,772.00 | -765,180,000.00 | 65,000.0000 | 0.00 | -765,180,000.00 | -5,622,330,453.20 |
| 09/04/2014 | 04/04/2014 | DKK | Buy | TRYG A/S | TRYG | 124,996.00 | -63,935,204.00 | 511.5000 | 0.00 | -63,935,204.00 | -5,691,265,747.20 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | MAERSKA | 41,944.00 | 0.00 | 0.0000 | 0.00 | 0.00 | -5,691,265,747.20 |
| 04/04/2014 | 08/04/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | 47,088.00 | 0.00 | 0.0000 | 0.00 | 0.00 | -5,691,265,747.20 |
| 14/05/2014 | 14/05/2014 | DKK | Buy | COLOPLAST-B | COLOB | 561,985.00 | -263,057,088.90 | 468.1000 | 0.00 | -263,057,088.90 | -5,658,796,589.70 |
| 03/06/2014 | 10/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 295,566,846.40 | 267.4000 | 0.00 | 295,566,846.40 | -5,118,547,273.70 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | Danske Bank DC | DANSKE DC | -3,498,765.00 | 540,209,316.00 | 154.4000 | 0.00 | 540,209,316.00 | -4,912,978,790.20 |
| 04/06/2014 | 11/06/2014 | DKK | Sell | TDC A/S | TDC | -3,897,034.00 | 205,568,543.50 | 52.7500 | 0.00 | 205,568,543.50 | -4,596,419,195.20 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -543,450.00 | 316,559,625.00 | 582.5000 | 0.00 | 316,559,625.00 | -4,389,802,776.40 |
| 10/06/2014 | 13/06/2014 | DKK | Sell | PANDORA A/S | PNDORA | -502,961.00 | 206,616,378.80 | 410.8000 | 0.00 | 206,616,378.80 | -1,655,395,211.40 |
| 11/06/2014 | 16/06/2014 | DKK | Sell | NOVO NORDISK DC | NOVOB DC | -11,160,847.00 | 2,734,407,515.00 | 245.0000 | 0.00 | 2,734,407,515.00 | -1,655,395,211.40 |
| 07/08/2014 | 13/08/2014 | DKK | Buy | TDC A/S | TDC | 2,790,175.00 | -143,275,486.25 | 51.3500 | 0.00 | -143,275,486.25 | -1,738,670,697.65 |
| 28/08/2014 | 02/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -52,430.00 | 725,106,900.00 | 13,830.0000 | 0.00 | 725,106,900.00 | -1,073,563,797.65 |
| 03/09/2014 | 08/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -58,860.00 | 852,881,400.00 | 14,490.0000 | 0.00 | 852,881,400.00 | -220,682,397.65 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -561,985.00 | 271,936,799.10 | 483.9000 | 0.00 | 271,936,799.10 | 51,254,401.45 |
| 08/09/2014 | 11/09/2014 | DKK | Sell | TRYG A/S | TRYG | -124,996.00 | 71,747,704.00 | 574.0000 | 0.00 | 71,747,704.00 | 123,002,105.45 |
| 05/11/2014 | 07/11/2014 | DKK | Sell | TDC A/S | TDC | -2,790,175.00 | 125,557,875.00 | 45.0000 | 0.00 | 125,557,875.00 | 248,559,980.45 |
| | | | | | | | 0.00 | | 0.00 | | 248,559,980.45 |
| 17/04/2014 | 25/04/2014 | EUR | Buy | BELGACOM SA | BELG | 447,208.00 | -10,062,180.00 | 22.5000 | 0.00 | -10,062,180.00 | -10,062,180.00 |
| 28/04/2014 | 05/05/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | -11,961,955.95 | 74.4500 | 0.00 | -11,961,955.95 | -22,024,135.95 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | AGEAS | AGS | 565,283.00 | -17,597,259.79 | 31.1300 | 0.00 | -17,597,259.79 | -39,621,395.74 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,581.00 | -127,195,075.32 | 77.7200 | 0.00 | -127,195,075.32 | -166,816,471.06 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | BELGACOM SA | BELG | -447,208.00 | 12,164,057.60 | 27.2000 | 0.00 | 12,164,057.60 | -154,652,413.46 |
| 09/09/2014 | 12/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 11,822,172.18 | 73.5800 | 0.00 | 11,822,172.18 | -142,830,241.28 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | AGEAS | AGS | -565,283.00 | 14,329,924.05 | 25.3500 | 0.00 | 14,329,924.05 | -128,500,317.23 |
| 10/09/2014 | 15/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,636,581.00 | 141,351,500.97 | 86.3700 | 0.00 | 141,351,500.97 | 12,851,183.74 |
| | | | | | | | 0.00 | | 0.00 | | 12,851,183.74 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 586383, Company Registration Number OC367979, VAT Registration Number 123 8462 46)
We may receive commission from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Disposal deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be rectified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential
MPSKAT00158800

Renewed Transaction Statement
Date: 01 January 20XX
Account Name: Customer
Account Number: SOLO…
Currency: EUR

**Solo Capital**

| Trade Date | Entry Date | Currency | Transaction Type | Description | Ticker | Quantity/Units | Trade Price | Realized | Value |
|---|---|---|---|---|---|---|---|---|---|
| 26/02/2014 | 20/06/2014 | DKK | Sell | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 252.43 | 279,019,866.48 | 279,019,866.48 |
| 06/03/2014 | 20/06/2014 | DKK | Sell | TDC A/S | TDC | -3,897,014.00 | 51.09 | 199,096,739.14 | 478,116,705.62 |
| 18/03/2014 | 20/06/2014 | DKK | Sell | Danske Bank A/S | DANSKE DC | -3,498,765.00 | 144.35 | 505,036,174.42 | 983,172,880.03 |
| 19/03/2014 | 20/06/2014 | DKK | Sell | PANDORA A/S | PANDORA | -502,951.00 | 351.52 | 176,800,850.72 | 1,159,973,730.75 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | CARLSBERG AS-B | CARLB | -543,430.50 | 516.55 | 280,719,151.85 | 1,440,692,882.60 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | NOVO NORDISK A/S-B | NOVOB | -11,180,847.00 | 242.70 | 2,708,716,593.46 | 4,149,411,476.06 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A | MAERSKA | -10,586.00 | 61,620.00 | 646,147,320.00 | 4,795,558,796.06 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B | MAERSKB | -11,772.00 | 64,126.00 | 754,891,272.00 | 5,550,450,068.06 |
| 03/04/2014 | 19/09/2014 | DKK | Sell | TRYG A/S | TRYG | -124,896.00 | 532.96 | 66,617,868.16 | 5,617,067,936.22 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-A - 400% STOCK DIVIDEND | MAERSKA | -41,844.00 | 0.00 | 0.00 | 5,617,067,936.22 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | AP MOELLER-MAERSK A/S-B - 400% STOCK DIVIDEND | MAERSKB | -47,088.00 | 0.00 | 0.00 | 5,617,067,936.22 |
| 08/05/2014 | 19/09/2014 | DKK | Sell | COLOPLAST-B | COLOB | -561,969.00 | 465.94 | 261,843,835.86 | 5,878,911,772.08 |
| 03/06/2014 | 20/06/2014 | DKK | Buy | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | 267.42 | -295,588,951.12 | 5,583,322,818.96 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | Danske Bank A/S | DANSKE DC | 3,498,765.00 | 154.41 | -540,244,302.65 | 5,043,078,515.31 |
| 04/06/2014 | 20/06/2014 | DKK | Buy | TDC A/S | TDC | 3,897,014.00 | 52.75 | -205,568,541.50 | 4,837,509,971.81 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | CARLSBERG AS-B | CARLB | 543,450.00 | 582.53 | -316,575,915.50 | 4,520,934,043.31 |
| 10/06/2014 | 20/06/2014 | DKK | Buy | PANDORA A/S | PANDORA | 502,961.00 | 410.82 | -206,626,435.02 | 4,314,307,605.29 |
| 11/06/2014 | 20/06/2014 | DKK | Buy | NOVO NORDISK A/S-B | NOVOB DC | 11,160,847.00 | 245.01 | -2,734,518,321.47 | 1,579,788,481.82 |
| 07/08/2014 | 19/12/2014 | DKK | Sell | TDC A/S | TDC | -2,780,375.00 | 50.35 | 140,485,311.25 | 1,720,273,793.07 |
| 28/08/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-A | MAERSKA | 52,430.00 | 13,832.00 | -725,211,760.00 | 995,062,033.07 |
| 03/09/2014 | 19/09/2014 | DKK | Buy | AP MOELLER-MAERSK A/S-B | MAERSKB | 58,860.00 | 14,491.00 | -852,960,760.00 | 142,101,273.07 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | COLOPLAST-B | COLOB | 561,969.00 | 483.92 | -271,948,035.48 | -129,846,762.41 |
| 08/09/2014 | 19/09/2014 | DKK | Buy | TRYG A/S | TRYG | 124,996.00 | 574.00 | -71,740,203.92 | -201,706,469.33 |
| 05/11/2014 | 19/12/2014 | DKK | Buy | TDC A/S | TDC | 2,790,175.00 | 45.01 | -125,535,779.75 | -327,162,246.08 |
| | | | | | | | | | -327,162,246.08 |
| | | | | | | 0.00 | | | |
| 17/04/2014 | 19/09/2014 | EUR | Sell | BELGACOM SA | BELG | -447,208.00 | 21.28 | 9,514,439.64 | 9,514,439.64 |
| 28/04/2014 | 19/09/2014 | EUR | Sell | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 72.52 | 11,652,150.13 | 21,166,589.77 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | AGEAS | AGS | -565,283.00 | 30.13 | 17,029,319.96 | 38,195,909.73 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | ANHEUSER-BUSCH INBEV NV | ABI | -1,636,581.00 | 76.75 | 125,603,991.27 | 163,799,901.00 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | BELGACOM SA | BELG | 447,208.00 | 27.20 | -12,164,057.60 | 151,635,843.40 |
| 09/09/2014 | 19/09/2014 | EUR | Buy | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | 73.58 | -11,822,172.18 | 139,813,671.22 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | AGEAS | AGS | 565,283.00 | 25.35 | -14,329,924.05 | 125,483,747.17 |
| 10/09/2014 | 19/09/2014 | EUR | Buy | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,581.00 | 86.37 | -141,351,550.97 | -15,867,755.80 |
| | | | | | | | | | -15,867,755.80 |
| | | | | | | 0.00 | | | |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566518, Company Registration Number OC367979, VAT Registration Number 113 3463 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another then neither the rate of exchange nor the method by which it was purchased will be supplied unless the customer has been positioned at the times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

MPSKAT00158801

Solo Capital

| | | Settled Trades/P&L Statement | | | | | | | |
| | | From: 01 January 2015 To: 29 March 2015 | | | | | | | |

Address:

Account Number: 81601          Account Name: Bank Crozier Retirement Plan
                               Currency: EUR

Current Open Trades

| Trade Date | Currency | Transaction Type | Description | ISIN | Quantity | Lot Size | Trade Price | Commission | Value |
|---|---|---|---|---|---|---|---|---|---|

No Open Positions

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367973, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The bases of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us in demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

Highly Confidential

Stock Loan
Account Number: Solo12

Stock Loan Transaction Settlement Summary
Notional Market Summary

01 January 2014

Solo Capital Partners Plc

# Solo Capital

**Current Open Trades**

| Trade Date | Settlement Date | Type | Counterparty | Description | SG | Nominal | Trade Price | Cash Reference |
|---|---|---|---|---|---|---|---|---|
| **DKK** | | | | | | | | |
| 03/03/2014 | 04/03/2014 | Lend | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | -1,105,336.00 | 254.00 | 280,755,344.00 |
| 03/06/2014 | 10/06/2014 | Recall | Colbrook Limited | NOVOZYMES A/S-B | NZYMB | 1,105,336.00 | 267.4000 | -295,366,845.00 |
| | | | | | | 0.00 | | -14,611,502.40 |
| 11/03/2014 | 12/03/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -3,897,034.00 | 52.6500 | 205,178,840.10 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 3,897,034.00 | 52.7500 | -205,565,634.50 |
| | | | | | | 0.00 | | -386,793.40 |
| 21/03/2014 | 24/03/2014 | Lend | Colbrook Limited | Danske Bank A/S | DANSKE DC | -3,498,765.00 | 145.7000 | 509,770,060.50 |
| 04/06/2014 | 11/06/2014 | Recall | Colbrook Limited | Danske Bank A/S | DANSKE DC | 3,498,765.00 | 154.4000 | -540,209,316.00 |
| | | | | | | 0.00 | | -30,439,255.50 |
| 24/03/2014 | 25/03/2014 | Lend | Colbrook Limited | PANDORA A/S | PNDORA | -502,961.00 | 356.0000 | 179,054,116.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | PANDORA A/S | PNDORA | 502,961.00 | 410.8000 | -206,616,379.60 |
| | | | | | | 0.00 | | -27,562,251.80 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | CARLSBERG AS-B | CARLB | -542,450.00 | 522.0000 | 283,680,900.00 |
| 10/06/2014 | 13/06/2014 | Recall | Colbrook Limited | CARLSBERG AS-B | CARLB | 543,450.00 | 582.5000 | -316,559,625.00 |
| | | | | | | 0.00 | | -32,878,725.00 |
| 25/03/2014 | 26/03/2014 | Lend | Colbrook Limited | NOVO NORDISK A/S-B | NOVOB | -11,160,847.00 | 245.6000 | 2,743,336,192.60 |
| 11/06/2014 | 16/06/2014 | Recall | Colbrook Limited | NOVO NORDISK A/S | NOVOB DC | 11,160,847.00 | 245.0000 | -2,734,407,515.00 |
| | | | | | | 0.00 | | 8,928,677.60 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -51,636.00 | 62,500.0000 | 655,375,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -1,364.00 | 0.0000 | 0.00 |
| 28/08/2014 | 02/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | 52,430.00 | 13,830.0000 | -725,106,900.00 |
| | | | | | | 0.00 | | -69,731,900.00 |
| 03/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -11,772.00 | 65,000.0000 | 765,180,000.00 |
| 04/04/2014 | 04/04/2014 | Lend | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -47,088.00 | 0.0000 | 0.00 |
| 03/09/2014 | 08/09/2014 | Recall | Colbrook Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | 58,860.00 | 14,490.0000 | -852,981,400.00 |
| | | | | | | 0.00 | | -87,801,400.00 |
| 08/04/2014 | 09/04/2014 | Lend | Colbrook Limited | TRYG A/S | TRYG | -124,996.00 | 551.5000 | 68,935,294.00 |
| 09/09/2014 | 11/09/2014 | Recall | Colbrook Limited | TRYG A/S | TRYG | 124,996.00 | 574.0000 | -71,747,704.00 |
| | | | | | | 0.00 | | -2,812,410.00 |
| 13/05/2014 | 14/05/2014 | Lend | Colbrook Limited | COLOPLAST-B | COLOB | -561,969.00 | 468.1000 | 263,057,684.90 |
| 11/09/2014 | 11/09/2014 | Recall | Colbrook Limited | COLOPLAST-B | COLOB | 561,969.00 | 483.9000 | -271,936,798.10 |
| | | | | | | 0.00 | | -8,879,113.20 |
| 12/08/2014 | 13/08/2014 | Lend | Colbrook Limited | TDC A/S | TDC | -2,790,175.00 | 51.3500 | 143,275,486.25 |
| 05/11/2014 | 07/11/2014 | Recall | Colbrook Limited | TDC A/S | TDC | 2,790,175.00 | 45.0000 | -125,557,875.00 |
| | | | | | | 0.00 | | 17,717,611.25 |
| | | | | | **DKK Total** | | | -246,535,980.45 |
| **SEK** | | | | | | | | |
| 24/04/2014 | 25/04/2014 | Lend | Colbrook Limited | BELGACOM SA | BELG | -447,208.00 | 22.5000 | 10,062,180.00 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | BELGACOM SA | BELG | 447,208.00 | 27.2000 | -12,164,057.60 |
| | | | | | | 0.00 | | -2,101,877.60 |
| 02/05/2014 | 05/05/2014 | Lend | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | -160,671.00 | 74.4500 | 11,961,955.95 |
| 09/09/2014 | 12/09/2014 | Recall | Colbrook Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | 160,671.00 | 73.5800 | -11,822,172.18 |
| | | | | | | 0.00 | | 139,783.77 |
| 07/05/2014 | 08/05/2014 | Lend | Colbrook Limited | AGEAS SA | AGS | -563,783.00 | 31.1300 | 17,597,259.79 |

Highly Confidential

| Settlement Date | Rollover Date | Type | Security name | Counterparty | Code | Start Cost | Start Price | End Price | End Cost |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/2014 | 15/09/2014 | Recall | | | | 565,283.00 | | 25.3500 | -14,326,524.25 |
| | | | | | | | | | 3,267,335.74 |
| 07/05/2014 | 08/05/2014 | Lend | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | -3,636,561.50 | | 77.7200 | 127,195,075.32 |
| 10/09/2014 | 15/09/2014 | Recall | Colbrook Limited | ANHEUSER-BUSCH INBEV NV | ABI | 1,636,561.00 | | 86.3700 | -141,351,300.97 |
| | | | | | | 0.00 | | | -14,156,425.65 |

Cash Collateral Value | | | | | | | | EUR Total | -12,851,369.74

| Settlement Date | Rollover Date | Type | Short Cost | Security name | Counterparty | Start Cost | End Price | End Cost |
|---|---|---|---|---|---|---|---|---|
| 04/03/2014 | 10/06/2014 | Lend | -4,105,326 | NOVOZYMES A/S-B | AGEAS | 254.0000 | 267.4000 | 295,566,846.40 |
| | | | | | | -268,730,343.20 | Total MTM | 14,811,502.40 |
| 12/03/2014 | 11/06/2014 | Lend | -3,597,604 | TDC A/S | | 52.6500 | 52.7500 | 205,568,543.50 |
| | | | | | | -205,178,840.10 | Total MTM | 389,703.40 |
| 24/03/2014 | 11/06/2014 | Lend | -3,485,755 | Danske Bank A/S | | 145.7000 | 154.4000 | 540,209,316.00 |
| | | | | | | -509,770,060.50 | Total MTM | 30,439,255.50 |
| 25/03/2014 | 13/06/2014 | Lend | -503,965 | PANDORA A/S | | 356.0000 | 410.8000 | 206,616,378.80 |
| | | | | | | -178,954,116.20 | Total MTM | 27,562,262.80 |
| 26/03/2014 | 13/06/2014 | Lend | -543,450 | CARLSBERG AS-B | | 522.0000 | 582.5000 | 316,559,625.00 |
| | | | | | | -283,680,900.00 | Total MTM | 32,878,725.00 |
| 26/03/2014 | 16/06/2014 | Lend | -11,180,947 | NOVO NORDISK A/S-B | | 245.8000 | 245.0000 | 2,734,407,515.00 |
| | | | | | | -2,743,336,192.60 | Total MTM | -8,928,677.60 |
| 04/04/2014 | 02/09/2014 | Lend | -10,456 | AP MOELLER-MAERSK A/S-A | | 62,500.0000 | 13,830.0000 | 725,106,900.00 |
| 04/04/2014 | 02/09/2014 | Lend | -21,344 | AP MOELLER-MAERSK A/S-A + 400% STOCK DIVIDEND | | 0.0000 | 0.0000 | 0.00 |
| | | | | | | -695,275,000.00 | Total MTM | 69,731,900.00 |
| 04/04/2014 | 08/09/2014 | Lend | -21,772 | AP MOELLER-MAERSK A/S-B | | 65,000.0000 | 14,490.0000 | 852,881,400.00 |
| 04/04/2014 | 08/09/2014 | Lend | -47,258 | AP MOELLER-MAERSK A/S-B + 400% STOCK DIVIDEND | | 0.0000 | 0.0000 | 0.00 |
| | | | | | | -765,180,000.00 | Total MTM | 87,701,400.00 |
| 09/04/2014 | 11/09/2014 | Lend | -124,996 | TRYG A/S | | 551.5000 | 574.0000 | 711,747,704.00 |
| | | | | | | -68,935,294.00 | Total MTM | 2,812,410.00 |
| 14/05/2014 | 11/09/2014 | Lend | -361,969 | COLOPLAST-B | | 468.1000 | 483.9000 | 271,936,799.10 |
| | | | | | | -263,057,688.80 | Total MTM | 8,879,110.20 |
| 13/08/2014 | 07/11/2014 | Lend | -2,790,375 | TDC A/S | | 51.3500 | 45.0000 | 125,557,875.00 |
| | | | | | | -543,275,686.25 | Total MTM | -27,717,611.25 |
| | | | | | | | Total Cash Collateral MTM | 248,559,980.45 |
| 25/04/2014 | 12/09/2014 | Lend | -447,268 | BELGACOM SA | | 22.5000 | 27.2000 | 12,164,057.60 |
| | | | | | | -50,062,180.00 | Total MTM | 2,101,877.60 |
| 05/05/2014 | 12/09/2014 | Lend | -160,671 | GROUPE BRUXELLES LAMBERT SA | | 74.4500 | 73.5800 | 11,822,172.18 |
| | | | | | | -11,961,958.95 | Total MTM | -139,785.77 |
| 08/05/2014 | 15/09/2014 | Lend | -985,283 | AGEAS | | 31.1300 | 25.3500 | 14,329,924.05 |
| | | | | | | -17,597,258.79 | Total MTM | -3,267,335.74 |
| 08/05/2014 | 15/09/2014 | Lend | -1,636,583 | ANHEUSER-BUSCH INBEV NV | | 77.7200 | 86.3700 | 141,351,500.97 |
| | | | | | | -127,195,075.32 | Total MTM | 14,156,425.65 |
| | | | | | | | Total Cash Collateral MTM | 12,851,183.74 |

Highly Confidential

| Company | Date | Date | Amount | Amount | Qty | % | Amount | % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **NOVOZYMES A/S-B** | | | | | | | | | |
| | 04/03/2014 | 10/06/2014 | 280,755,344.00 | -1,105,336 | 98.00 | 0.37692% | 288,071.83 | 0.70000% | -504,994.91 |
| **TDC A/S** | | | | | | | | | |
| | 12/03/2014 | 11/06/2014 | 205,178,840.10 | -5,859,894 | 91.00 | 0.39539% | 205,067.64 | 0.70000% | -398,752.36 |
| **Danske Bank A/S** | | | | | | | | | |
| | 24/03/2014 | 11/06/2014 | 509,770,660.50 | -3,429,765 | 79.00 | 0.39767% | 444,858.35 | 0.70000% | -783,463.43 |
| **PANDORA A/S** | | | | | | | | | |
| | 25/03/2014 | 13/06/2014 | 179,054,116.00 | -502,891 | 80.00 | 0.40000% | 159,159.21 | 0.70000% | -278,528.62 |
| **CARLSBERG AS-B** | | | | | | | | | |
| | 26/03/2014 | 13/06/2014 | 283,680,900.00 | -543,499 | 79.00 | 0.40010% | 249,071.04 | 0.70000% | -436,765.58 |
| **NOVO NORDISK A/S-B** | | | | | | | | | |
| | 26/03/2014 | 16/06/2014 | 2,743,336,192.60 | -11,160,847 | 82.00 | 0.40010% | 2,500,108.96 | 0.76110% | -4,759,875.28 |
| **AP MOELLER-MAERSK A/S-A** | | | | | | | | | |
| | 04/04/2014 | 02/09/2014 | 655,375,000.00 | -52,486 | 151.00 | 0.22000% | 604,765.49 | 0.70000% | -1,924,753.52 |
| | 04/04/2014 | 02/09/2014 | | -41,844 | 151.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **AP MOELLER-MAERSK A/S-B** | | | | | | | | | |
| | 04/04/2014 | 08/09/2014 | 765,180,000.00 | -51,772 | 157.00 | 0.22000% | 734,147.70 | 0.70000% | -2,335,924.56 |
| | 04/04/2014 | 08/09/2014 | | -47,035 | 157.00 | 0.22000% | 0.00 | 0.70000% | 0.00 |
| **TRYG A/S** | | | | | | | | | |
| | 09/04/2014 | 11/09/2014 | 68,935,294.00 | -124,936 | 155.00 | 0.22875% | 67,894.08 | 0.70000% | -207,763.22 |
| **COLOPLAST-B** | | | | | | | | | |
| | 14/05/2014 | 11/09/2014 | 263,057,688.50 | -561,969 | 120.00 | 0.25778% | 226,036.70 | 0.70000% | -613,803.27 |
| **TDC A/S** | | | | | | | | | |
| | 13/08/2014 | 07/11/2014 | 143,275,486.25 | -2,790,375 | 86.00 | 0.23492% | 80,405.88 | 0.70000% | -239,588.45 |
| | | | | | | **Stock Loan Fee Total** | 5,559,586.89 | **Interest Rebate Total** | 12,472,611.57 |
| **BELGACOM SA** | | | | | | | | | |
| | 25/04/2014 | 12/09/2014 | 10,062,180.00 | -447,208 | 140.00 | 0.30074% | 11,768.32 | 0.70000% | -27,292.49 |
| **GROUPE BRUXELLES LAMBERT SA** | | | | | | | | | |
| | 05/05/2014 | 12/09/2014 | 11,961,955.95 | -160,571 | 130.00 | 0.30856% | 13,328.54 | 0.70000% | -30,237.17 |
| **AGEAS** | | | | | | | | | |
| | 08/05/2014 | 15/09/2014 | 17,597,259.79 | -565,285 | 130.00 | 0.31040% | 19,724.57 | 0.70000% | -44,651.96 |
| **ANHEUSER-BUSCH INBEV NV** | | | | | | | | | |
| | 08/05/2014 | 15/09/2014 | 127,195,075.32 | -1,658,583 | 130.00 | 0.31040% | 142,571.55 | 0.53609% | -246,236.75 |
| | | | | | | **Stock Loan Fee Total** | 187,392.99 | **Interest Rebate Total** | -348,347.37 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by The Financial Services Authority of the United Kingdom. (FSA Registration Number 56555, Company Registration Number OC367979, VAT Registration Number 123 3462 46)

We may receive remuneration from other parties in connection with any transaction that we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original records, premiums and margins are required are for you but us is not deemed. In the event of default of this condition we reserve the right of closing transactions without further notice and has resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. 8-SIZED SUBJECT TO AGENCIES AND RIGHTS, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

MPSKAT00158805



**Cash Transaction Statement**
From     01 January 2014     to     16 March 2015

Account Name:   RJM Capital Pension Plan
Account Number:   RJM01

| Cash Date | Currency | EUR Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| | | Opening Balance | | | 0.00 |
| | | Equity Settlements | | 12,851,183.74 | 12,851,183.74 |
| | | Stock Loan Settlements | | -12,851,183.74 | 0.00 |
| | | Dividends | | 3,177,524.44 | 3,177,524.44 |
| | | Variation Margin | | 0.00 | 3,177,524.44 |
| | | Stock Loan Interest & Fee | | -160,954.38 | 3,016,570.06 |
| | | Initial Margin | | 0.00 | 3,016,570.06 |
| | | Stock Margin | | 12,851,183.74 | 15,867,753.80 |
| | | Realised Futures P&L | | -15,867,753.80 | 0.00 |
| | | | | | 0.00 |

| Cash Date | Currency | DKK Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| | | Opening Balance | | | 5,300.56 |
| 02/01/2014 | | GOAL Tax Reclaim | 1,268,258.92 | | 1,273,559.48 |
| 02/01/2014 | | GSS Invoice 105 | | -845,548.22 | 428,011.26 |
| 07/01/2014 | | GOAL Tax Reclaim | 1,872,061.07 | | 2,300,072.33 |
| 07/01/2014 | | GSS Invoice 131 | | -1,248,103.11 | 1,051,969.22 |
| 08/01/2014 | | FX to USD @ 5.469243 | | -422,710.70 | 629,258.52 |
| 09/01/2014 | | FX to USD @ 5.49253 | | -629,258.52 | 0.00 |
| | | Equity Settlements | | 248,559,980.45 | 248,559,980.45 |
| | | Stock Loan Settlements | | -248,559,980.45 | 0.00 |
| | | Dividends | | 85,515,290.31 | 85,515,290.31 |
| | | Variation Margin | | 0.00 | 85,515,290.31 |
| | | Stock Loan Interest & Fee | | -6,913,024.67 | 78,602,265.63 |
| | | Initial Margin | | 0.00 | 78,602,265.63 |
| | | Stock Margin | | 248,559,980.45 | 327,162,246.08 |
| | | Realised Futures P&L | | -327,162,246.08 | 0.00 |
| | | | | | 0.00 |

| Cash Date | Currency | USD Description | Debit/Credit | Balance |
|---|---|---|---|---|
| | | Opening Balance | | 21,168.10 |
| 08/01/2014 | | FX from DKK @ 5.469243 | 77,288.70 | 98,456.80 |
| 09/01/2014 | | FX from DKK @ 5.49253 | 114,566.24 | 213,023.04 |
| 15/01/2014 | | Payment to REM01 | -163,023.04 | 50,000.00 |
| 15/01/2014 | | Bank Charge | -32.07 | 49,967.93 |
| 31/01/2014 | | Custody Fee January 14 @ 1.3486 | -1,685.75 | 48,282.18 |
| 26/02/2014 | | Trading Fees @ 1.3672 | -4,122.11 | 44,160.07 |
| 28/02/2014 | | Custody Fee February 14 @ 1.3802 | -2,070.30 | 42,089.77 |
| 06/03/2014 | | Trading Fees @ 1.3859 | -4,178.49 | 37,911.28 |
| 18/03/2014 | | Trading Fees @ 1.3922 | -4,197.48 | 33,713.80 |
| 19/03/2014 | | Trading Fees @ 1.3916 | -4,195.67 | 29,518.13 |
| 20/03/2014 | | Trading Fees @ 1.3776 | -8,389.58 | 21,128.55 |
| 26/03/2014 | | Cash Receipt from REM01 | 39,965.09 | 61,093.64 |
| 31/03/2014 | | Trading Fees @ 1.3772 | -8,325.17 | 52,768.47 |
| 31/03/2014 | | TAS Platform Fee March 14 @ 1.3772 | -2,065.80 | 50,702.67 |
| 03/04/2014 | | Trading Fees @ 1.3721 | -5,513.83 | 45,188.84 |
| 08/04/2014 | | Trading Fees @ 1.3796 | -689.80 | 44,499.04 |
| 30/04/2014 | | TAS Platform Fee April 14 @ 1.3866 | -2,079.90 | 42,419.14 |
| 08/05/2014 | | Trading Fees @ 1.3861 | -4,179.09 | 38,240.05 |
| 08/05/2014 | | Trading Fees @ 1.3861 (Charity Donation) | -4,179.09 | 34,060.96 |
| 13/05/2014 | | Trading Fees @ 1.3699 | -684.95 | 33,376.01 |
| 30/05/2014 | | TAS Platform Fee May 14 @ 1.3635 | -2,045.25 | 31,330.76 |
| 03/06/2014 | | Trading Fees @ 1.3633 | -4,792.00 | 26,538.76 |
| 04/06/2014 | | Trading Fees @ 1.3608 | -9,566.42 | 16,972.34 |
| 10/06/2014 | | Trading Fees @ 1.3546 | -9,522.84 | 7,449.50 |
| 11/06/2014 | | Trading Fees @ 1.3536 | -4,839.10 | 2,610.40 |
| 23/06/2014 | | Cash Receipt from REM01 | 20,964.77 | 23,575.17 |
| 30/06/2014 | | TAS Platform Fee June 14 @ 1.369 | -2,053.50 | 21,521.67 |

MPSKAT00158806

| 31/07/2014 | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 19,513.92 |
|---|---|---|---|---|
| 04/08/2014 | Cash Receipt from REM01 | 38,964.90 | | 58,478.82 |
| 07/08/2014 | Trading Fees @ 1.3351 | | -4,025.33 | 54,453.49 |
| 28/08/2014 | Trading Fees @ 1.3175 | | -5,318.77 | 49,134.72 |
| 31/08/2014 | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 47,164.92 |
| 03/09/2014 | Trading Fees @ 1.3141 | | -4,638.77 | 42,526.15 |
| 08/09/2014 | Trading Fees @ 1.2934 | | -9,092.60 | 33,433.55 |
| 30/09/2014 | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,539.20 |
| 31/10/2014 | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,660.45 |
| 05/11/2014 | Trading Fees @ 1.2492 | | -4,390.94 | 25,269.51 |
| 30/11/2014 | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,401.71 |
| 31/12/2014 | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,587.01 |
| 03/03/2015 | Cash Payment to REM01 | | -21,587.01 | -0.00 |
| | | | | |
| | Equity Settlements | | 0.00 | 0.00 |
| | Stock Loan Settlements | | 0.00 | 0.00 |
| | Dividends | | 0.00 | 0.00 |
| | Variation Margin | | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | | 0.00 | 0.00 |
| | Initial Margin | | 0.00 | 0.00 |
| | Stock Margin | | 0.00 | 0.00 |
| | Realised Futures P&L | | 0.00 | 0.00 |
| | | | | |
| | | | | 0.00 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITALPARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

MPSKAT00158807