# Exhibit 41

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

_____
                                      )
IN RE:                                )
                                      )
CUSTOMS AND TAX ADMINISTRATION OF     )
THE KINGDOM OF DENMARK                )
(SKATTEFORVALTNINGEN) TAX REFUND      )
SCHEME LITIGATION                     )
                                      )
_____)

```
*************************************
*                                   *
*            CONFIDENTIAL           *
*                                   *
*************************************
```

VIDEO DEPOSITION OF
BO DAUGAARD
Copenhagen, Denmark
Friday, June 11, 2021

Reported by: CHRISTINE MYERLY

CONFIDENTIAL
Bo Daugaard - June 11, 2021

4 (Pages 10 to 13)

Page 10

1  answer.  Okay?
2       A     Understood.
3       Q     And at the same time,
4  Mr. Weinstein may wish to interpose an objection, so
5  make sure you give him the time to do that as well.
6       A     Understood.
7       Q     Okay.  So we are going to talk
8  today about a few things.  We will start with some
9  background about you, where you have worked and then
10 we will get into some specific projects that you may
11 have work worked on.  Okay?
12      A     Understood.
13      Q     Okay.  If at any time you would
14 like to take a break, please feel free to ask.
15      A     It is okay.
16      Q     The only issue is that if it is in
17 the middle of an answer, I may ask that you finish
18 the answer.  Okay?
19      A     [Nodding head affirmatively.]
20      Q     You understand you are here to
21 testify completely and truthfully in response to the
22 questions that I ask, correct?
23      A     That is understood.
24      Q     Okay.  Is there any reason at all
25 that you believe you are not able to testify

Page 11

1  truthfully today?
2       A     No, I don't think there is.
3       Q     Good.  Would you please tell us
4  about your education, Mr. Daugaard?
5       A     Yes.  So before coming to SKAT, I
6  worked for five years in audits of various
7  municipalities.
8       Q     Okay.  Prior to any auditing work,
9  did you receive a degree from University?
10      A     No.
11      Q     Did you attend any sort of
12 training in connection with auditing?
13      A     So, not before coming to SKAT, but
14 while I was at SKAT, I did a degree in accounting
15 and financial management.
16            [Discussion in Danish between
17            interpreter and Ms. Egholm.]
18      THE INTERPRETER:  Oh, sorry.  I said -- I
19 said "while I was at SKAT," but it was "before I
20 came to SKAT."
21 BY MR. BAHNSEN:
22      Q     Where did you receive that degree?
23      A     It is a commercial college in the
24 region of western Zealand.
25      Q     Okay.

Page 12

1       THE INTERPRETER:  It is a difficult school
2  to translate.
3       MR. BAHNSEN:  I'll tell you what.  Would
4  you mind writing the name down and we can just -- or
5  is it a particularly long name?
6       THE INTERPRETER:  Yes, it is a long name.
7       MR. WEINSTEIN:  You asked.  And then you
8  have to pronounce it.
9            [Discussion in Danish between
10           interpreter and witness.]
11      A     So, this school is similar to the
12 school Copenhagen business school.  The degree I
13 took is the equivalent of a bachelor's degree.
14      MR. BAHNSEN:  If you wouldn't mind just
15 reading off the letters.  I can do that, if you'd
16 like.
17      THE INTERPRETER:  Okay.  So
18 V-S-T-S-J-A-E-L-L-A-N-D-S.  New word,
19 H-A-N-D-E-L-S-H-O-E-G-S K O-L-E.
20 BY MR. BAHNSEN:
21      Q     What year did you receive that
22 degree?
23      A     It was 1998.
24      Q     Do you have any other
25 certifications or licenses related to a professional

Page 13

1  activity?
2       A     Yes.  Definitely.
3       Q     Can you please identify them.
4       A     So, I did a -- I did a -- I did
5  tax auditor training focusing on companies; again,
6  equivalent to a bachelor's degree.
7       Q     How many years of study were
8  required for that program?
9       A     So, that was a four-year period
10 part time.
11      Q     Okay.  Are there other
12 certifications?
13      A     [In English]  Certified
14 information security auditor.
15      Q     Was that the actual Danish or was
16 that the English?
17      A     That was English.
18      Q     Oh.  I was going to be impressed
19 if that was -- the translation was the same.
20            Okay.  Thank you.
21            Any others?
22      A     [In Danish]  So, I did a course
23 with the Danish National Audit Office, the
24 Rigsrevisionen, in public auditing.  It was a course
25 that the Rigsrevisionen, they were offering

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Bo Daugaard - June 11, 2021

5 (Pages 14 to 17)

Page 14

1  themselves.
2      Q    All right.  Let's just make sure
3  we round out the list here.
4           Any other certifications involved?
5      A    Well, I have others after this
6  period.  Do you want me to go through those as well?
7      Q    So, when you say "this period,"
8  what period are you talking about?
9      A    I am talking about the period
10 where I was working for internal audit and up to the
11 report.
12     Q    And by "the report," what report
13 do you mean?
14     A    The report on dividend tax that I
15 authored back in 2010.
16     Q    Okay.  So, if I understand you
17 correctly, the three certifications we just talked
18 about are the certifications you had prior to
19 authoring that report, right?
20     A    Correct.
21     Q    Okay.  No, we don't have to go
22 further for now.
23          But would you mind going back to
24 the second one that you mentioned and telling me
25 when you received that?

Page 15

1      A    I completed that in 2005.
2      Q    How long of a program was that?
3      A    Certified --
4           THE INTERPRETER:  That was the certified
5  one you are talking about, right?
6      A    [In English]  Yes -- oh, sorry.
7  Sorry.
8           [In Danish]  I thought you were
9  referring to the tax auditor training, so no.
10 BY MR. BAHNSEN:
11     Q    Thank you.  Actually, you've --
12 you have helped me.
13          So, tax auditor training was 2005?
14     A    Yes.
15     Q    Okay.  Thank you.
16          And then the securities training?
17     A    Approximately 2008.  I am not
18 completely sure about the year.
19     Q    Okay.  How long of a program was
20 that?
21     A    So, this is a certification
22 offered by ISACA, I-S-A-C-A, and they -- it is -- it
23 consists of some seminar material and 200 multiple
24 choice questions -- about 200 multiple choice
25 questions about IT audit.

Page 16

1      Q    All right.  Then finally the
2  National Audit Office course, when did you complete
3  that?
4      A    I -- I am estimating, 2009.
5      Q    The early part or the later part
6  in 2009?
7      A    I am guessing, before summer 2009.
8  I -- I did not prepare and go through my -- my CV.
9  I -- I can't remember the details of my résumé.
10     Q    That is okay.  What you remember
11 is fine.
12          Okay.  And then did I hear you say
13 earlier that you spent about five years as a
14 municipal auditor?
15          MR. WEINSTEIN:  Objection to form.
16     A    Yes, correct.
17 BY MR. BAHNSEN:
18     Q    When was that?
19     A    1993 to 1998.
20     Q    Where did you go after that?
21     A    [In English]  I started in SKAT.
22     Q    In 1998?
23     A    Yes.
24     Q    Okay.  What was the position that
25 you started in?

Page 17

1      A    [In Danish]  So, I -- I worked in
2  the company -- company audit division.
3           [Discussion in Danish between
4           interpreter and Ms. Egholm.]
5           THE INTERPRETER:  I want to say "clerk,"
6  but I am not completely sure I am translating his
7  title correctly, but I get whispers from the other
8  end of the table that agree with "clerk."
9  BY MR. BAHNSEN:
10     Q    Okay.  What were your
11 responsibilities as a clerk?
12     A    So, I, together with my
13 colleagues, we were part of selecting what companies
14 were to undergo control, and other than that, work
15 in the audit team focusing on big companies and
16 banks.
17     Q    And how long did you hold that
18 position?
19     A    For seven years.
20     Q    And I'm going to intentionally
21 embarrass myself and do math, but does that mean you
22 moved to a different position in 2005?
23     A    Correct.
24     Q    Into what position did you --
25     A    In -- I started in internal audit.

CONFIDENTIAL
Bo Daugaard - June 11, 2021

7 (Pages 22 to 25)

Page 22

1  think I have the word --
2          [Discussion in Danish between
3           interpreter and Mr. Bahnsen.]
4      THE INTERPRETER:  I know.
5          [Discussion in Danish between
6           interpreter and witness.]
7      A    Yes.
8  BY MR. BAHNSEN:
9      Q    When did you testify before the
10 Commission?
11     A    So, I don't remember the date, but
12 March 2019, I guess.
13     Q    How did you obtain a copy of your
14 transcript?
15     A    I had counsel, who was -- who gave
16 it to me or sent it to me.
17     Q    Who is that counsel?
18     A    So, her name was, A-N-N, middle
19 name, R-A-S K, last name, V-A-N-G.
20     Q    Okay.  Was she your counsel in
21 connection with your testimony before the
22 Commission?
23     A    I don't know whether you can say
24 that she was acting in the capacity of a defense
25 counsel, she was there to assist me and protect me

Page 23

1  in my capacity as a witness giving testimony before
2  the Commission.
3      Q    When did you review that
4  testimony?
5      A    At some point during the last two
6  weeks.
7      Q    Do you know how Ms. Vang obtained
8  a copy of that transcript?
9      MR. WEINSTEIN:  I just want to make sure
10 he understands that discussions between him and his
11 lawyer could be privileged.
12         [Question interpreted.]
13     MR. WEINSTEIN:  And he -- it is his right
14 not to disclose information that he has discussed
15 with his attorney.
16         [Question interpreted.]
17     MR. BAHNSEN:  The question, I believe, was
18 whether he knew how his attorney obtained it, which
19 could be answered yes or no, I don't believe that
20 calls for privileged information.
21     MR. WEINSTEIN:  Okay --
22     MR. BAHNSEN:  Can I get the answer to that
23 question and we can consider going on?
24         [Question interpreted.]
25     A    I don't know.  So the answer is,

Page 24

1  no.
2  BY MR. BAHNSEN:
3      Q    Did you provide a copy of that
4  transcript to anybody else?
5      A    I myself did not pass it on to
6  anybody.
7      Q    But you are aware that it has been
8  passed on to other people?
9      A    So, I know that this was in my
10 work e-mail.  I don't know whether anybody had
11 scanned my e-mail to see whether this could be used
12 in a -- in another context.
13     Q    Were other people copied on the
14 e-mail that you received that attached the
15 transcript?
16     A    No.
17     Q    Okay.  Let me just make sure I am
18 clear here.
19         Do you know whether a copy of the
20 transcript has been given to somebody at SKAT?
21     A    No.
22     Q    Okay.  Let's move along here.
23         I would like to talk a little bit
24 about the internal review office in general terms.
25 Okay?

Page 25

1          At some point, did the name of the
2  office change to SIR, S-I-R?
3      A    Correct.
4      Q    And so if I say "SIR," will you
5  understand that to mean the same thing as "internal
6  review"?
7      A    Yes.
8      Q    When was that change?
9      A    I don't remember.
10     Q    Was it while you were with
11 internal review?
12     A    Yes.
13     Q    How are audits initiated within
14 SIR?
15     MR. WEINSTEIN:  Objection to form.
16     A    So, typically what would happen is
17 that we performed risk assessments of certain areas
18 and we based our audits on the areas where there was
19 a high risk.
20 BY MR. BAHNSEN:
21     Q    What would constitute a high risk?
22     A    So, that could be, for example, a
23 lack of general IT control.
24     Q    Anything else?
25     A    It could also be areas that we

CONFIDENTIAL
Bo Daugaard - June 11, 2021

15 (Pages 54 to 57)

Page 54

1  tax on foreigners.
2       A    Yes.
3       Q    Do you know why Mr. Loft requested
4  this investigation?
5       A    Yes.
6       Q    Why did he do it?
7       A    So, he did that because various
8  members of staff from the ministry as well as the
9  section that -- or the unit called Citizens and
10 Companies -- do you need the Danish word or -- no?
11           -- Companies and Citizens as well
12 as this unit, the Midtjylland Accounting, they had
13 attempted to settle, I guess, the various figures --
14      THE INTERPRETER:  "Reconcile"?
15      [Discussion in Danish between
16      interpreter and Ms. Egholm.]
17      THE INTERPRETER:  Yeah, "reconcile."
18      A    -- the figures with which they had
19 been presented that -- that they were trying to
20 reconcile all these figures.
21 BY MR. BAHNSEN:
22      Q    Which figures were they trying to
23 reconcile?
24      A    So, both --
25      [Discussion in Danish between

Page 55

1       interpreter and witness.]
2       THE INTERPRETER:  Okay.
3       A    So they had figures from
4  declaration and from reporting compared with
5  information that they had have VP securities, as
6  well as from our data warehouse.
7  BY MR. BAHNSEN:
8       Q    Was the problem that they couldn't
9  tell how much tax was being paid by foreigners?
10      MR. WEINSTEIN:  Objection to form.
11      A    Well, the problem was that it
12 seemed they could not rule out that -- that more --
13 that too much was refunded.
14 BY MR. BAHNSEN:
15      Q    Okay.  That sounds like a problem,
16 right?
17      MR. WEINSTEIN:  Objection to form.
18      A    [Nodding head affirmatively.]
19      [Reporter requests clarification.]
20      A    Yes.  I apologize.
21 BY MR. BAHNSEN:
22      Q    So you agree, it is a problem if
23 SKAT doesn't know whether it is paying too much in
24 dividend tax refunds, correct?
25      A    Correct.

Page 56

1       [Discussion in Danish between
2       interpreter and Ms. Egholm.]
3       MS. EGHOLM:  Maybe you could just reread
4  the question so we all know what she is translating.
5       THE INTERPRETER:  Yes.
6  BY MR. BAHNSEN:
7       Q    Do you know whether Mr. Loft had
8  that question on his own or was he informed by other
9  people of a potential problem?
10      MR. WEINSTEIN:  Objection.
11      A    Well, it came because of what I
12 just mentioned before, that different units had
13 tried to reconcile various figures and then reported
14 to Peter loft.
15      Q    Understood.
16           Did you ever communicate directly
17 with Mr. Loft?
18      A    No.
19      Q    So in the memo, you requested a
20 meeting with Accounting II, correct?
21      A    Correct.
22      Q    How was Accounting II relevant to
23 this issue of dividend withholding tax?
24      A    Because Accounting and Accounting
25 II, they handle the administration of withheld

Page 57

1  dividend tax refunds.
2       Q    And it says here that the purpose
3  of the meeting was to create an overview of a number
4  of things listed in a list here, correct?
5       A    Yes.
6       Q    And those things included "what
7  information on dividends is reported to SKAT"?
8       A    Correct.
9       Q    "IT support for the task"?
10      A    Correct.
11      Q    "A division of the
12 responsibilities, daily routines, case management,
13 methods, procedures and guidance"?
14      A    Correct.
15      Q    And "Extraction and statistics
16 from the systems"?
17      A    Correct.
18      Q    Is this information that SIR did
19 not otherwise have available to it?
20      A    Correct.
21      Q    Did SKAT have any sort of internal
22 reference documents on the various functions of the
23 different offices?
24      MR. WEINSTEIN:  Objection.
25      A    I remember that there was an

Page 70

1  withheld dividend tax, you would instead pay the
2  accurate tax from the beginning.
3  BY MR. BAHNSEN:
4      Q    So this -- this statement here
5  applies to a scheme where the correct tax is applied
6  at the first instance, correct?
7      MR. WEINSTEIN:  Objection to form.
8      A    Sorry, I lost my concentration for
9  a moment.
10 BY MR. BAHNSEN:
11     Q    Let me try again.
12          Were you aware that there were at
13 least two different schemes SKAT used for refund of
14 dividend tax?
15     A    We had -- that is correct.  We had
16 both the VP scheme and the spreadsheet scheme.
17     Q    Was there also something called
18 the form scheme?
19     A    I assume that the form scheme is
20 where you apply for a refund of withheld dividend
21 tax.
22     Q    Was it your understanding here
23 that Ms. R☐mer was talking about something other
24 than the form scheme?
25     A    Yes.

Page 71

1      Q    Do you think she was talking about
2  the VP scheme?
3      A    Yes.
4      Q    By suggesting that reimbursements
5  are going down as a result of the increase in the
6  use of net settlement, did you understand that she
7  is not suggesting that the number of tax-favored
8  shareholders was decreasing?
9      MR. WEINSTEIN:  Objection to form.
10     A    I don't think I understood at the
11 time when I received this document.
12 BY MR. BAHNSEN:
13     Q    But you understand now that those
14 two amounts may not necessarily move together,
15 correct?
16     MR. WEINSTEIN:  Objection to form.
17     A    Yes, I would say that, but I do
18 not remember our interpretation of this at the time
19 or our position about this at the time.
20 BY MR. BAHNSEN:
21     Q    Okay.  If you would, please, turn
22 to the next page.
23     A    [Witness complies.]
24     Q    And I am looking -- about halfway
25 down the page, there is a sentence that begins,

Page 72

1  "Since the dividend tax administration has been
2  nationwide since its birth."
3           Do you see that?
4      A    Yes.
5      Q    The sentence goes on to say that
6  "interest in -- interest in this area has generally
7  been low."  Correct?
8      A    Yes, correct.
9      Q    Did you understand what was meant
10 by "nationwide since birth"?
11     A    What it meant was that instead of
12 each individual tax center was handling the dividend
13 tax cases, this was -- this was focused under one
14 unit, which was Accounting II.
15     Q    Do you know why interest was low?
16     A    I did not know at the time I
17 received this memo, but I learned later on.
18     Q    Were you surprised at the lack of
19 interest given the amount of money that was being
20 refunded?
21     MR. WEINSTEIN:  Objection to form.
22     A    I was more concerned that they did
23 not take a manager's concern for -- about this area
24 seriously.
25

Page 73

1  BY MR. BAHNSEN:
2      Q    Which manager are you talking
3  about here?
4      A    Lisbeth R☐mer.
5      Q    Were you aware that she had been
6  raising concerns?
7      A    We learned that along the way
8  during the audit.
9      Q    Can you turn back to the second
10 page, please, second paragraph under the large
11 heading in the middle.
12     A    [Witness complies.]
13     Q    Is it correct to say that this
14 note reports, "The system does not allow dividends
15 to be reconciled with the reporting of dividend
16 recipients"?
17     A    Correct.
18     Q    What did you understand that to
19 mean?
20     A    Well, yes, I understood this to
21 mean that there was a time issue where you did not
22 have sufficient time to reconcile information --
23 reported information and declaration information.
24     Q    Are the amounts reported and the
25 amounts declared supposed to be the same number?

CONFIDENTIAL
Bo Daugaard - June 11, 2021

28 (Pages 106 to 109)

Page 106

1  information to calculate accurate proceeds?
2      A      Correct.
3      Q      And whether the business processes
4  for collecting dividend tax are documented?
5      A      Correct.
6      Q      And whether accounting and IT
7  systems adequately support the accurate calculation
8  of net proceeds, correct?
9          THE INTERPRETER: Sorry. Can you repeat
10 that question?
11 BY MR. BAHNSEN:
12     Q      -- whether accounting and IT
13 systems adequately support the accurate calculation
14 of net proceeds.
15     A      Correct.
16     Q      And if you were to flip back very
17 quickly to Exhibit 3170.
18     A      [Witness complies.]
19     Q      Are those audit goals more or less
20 what you set out to learn in connection with the
21 investigation?
22     A      More or less.
23     Q      And those are slightly different
24 questions than whether SKAT is refunding more
25 dividend tax than it takes in, correct?

Page 107

1          MR. WEINSTEIN: Objection to form.
2      A      Well, the problem was that a
3  reconciliation had been attempted. And then the
4  question became whether they were able to trust
5  this.
6          And it could have been the case
7  that -- that they did not refund too much.
8  BY MR. BAHNSEN:
9      Q      So the question in the first --
10 the first instance was whether you could calculate
11 the proceeds, correct?
12     A      Yes.
13     Q      And in the process of
14 investigating that question, you learned that it is
15 possible for too much withholding tax to be
16 refunded, correct?
17     A      Yes, there are problems that could
18 put you in that situation.
19     Q      And the first paragraph of the
20 final report essentially says that while you were
21 investigating the question of reconciliation, you
22 have determined that it is possible for too much
23 withholding tax to be refunded, correct?
24     A      Yes. And that also became part of
25 the conclusion.

Page 108

1      Q      And at some point, you also answer
2  questions about the reconciliation, correct?
3      A      Correct.
4      Q      But it was important enough to put
5  in the very first sentence of the report a warning
6  about the possibility of withholding -- too much
7  withholding tax being refunded?
8          MR. WEINSTEIN: Objection to form.
9          MR. BAHNSEN: I'm sorry. I'm going to
10 actually just try that one more time.
11     Q      It was important enough to put in
12 the very first sentence of the report a warning
13 about the possibility of too much withholding tax
14 being refunded, correct?
15         MR. WEINSTEIN: Objection to form.
16     A      So, that is not really something
17 we said. If you look at what it says here, it says
18 background of the -- of the investigation.
19         So, this section was part of the
20 task that we were given by the permanent secretary.
21 And along the way, we understood that we were
22 entering complicated territory, and, therefore, we
23 learned that along the way, we needed to tweak the
24 audit goals slightly compared with the beginning.
25         And that is something that we

Page 109

1  discussed with our head of accounting, Mads Blokhus.
2          MR. BAHNSEN: M-A-D-S.
3          THE INTERPRETER: M-A-D-S, B-L-O-K-H-U-S.
4  BY MR. BAHNSEN:
5      Q      Okay. A little further down the
6  page, it -- excuse me.
7          Actually, on the second page, the
8  third paragraph from the top, it suggests that "When
9  a recipient of the dividend tax" -- excuse me.
10         "When a recipient of the dividend
11 falls under Section 2, paragraph 1 of the
12 withholding tax" --
13     A      I am not completely sure where we
14 are.
15     Q      It is the -- yeah, the second full
16 paragraph.
17     A      [In English] Yeah, yeah, yeah.
18 BY MR. BAHNSEN:
19     Q      That paragraph says that "When the
20 recipient of the dividend falls under Section 2,
21 paragraph 1 of the Withholding Tax Act, he can apply
22 for a tax refund subject to this specific double
23 taxation agreement." Correct?
24     A      [In Danish] Correct.
25     Q      We are -- we are talking about the

CONFIDENTIAL
Bo Daugaard - June 11, 2021

29 (Pages 110 to 113)

Page 110

1  Danish Withholding Tax Act, right?
2         A      [In English] Yes.
3         Q      So is that the law that addresses
4  who might apply for a tax refund if they received a
5  dividend?
6         A      [In Danish] Yes, together with
7  the Double Taxation Treaty.
8         Q      Are there any other Danish laws
9  that you understand to govern this question?
10         MR. WEINSTEIN:  Objection to form.
11         A      Not to my knowledge.  Not to my
12  knowledge.  But I would like to refer your attention
13  to Section 5 where we refer to different
14  legislation.
15  BY MR. BAHNSEN:
16         Q      And these authorities concern
17  Danish tax law, correct?
18         A      Correct.
19         Q      As far as you know, we are only
20  talking about tax law, right?
21         MR. WEINSTEIN:  Objection to form.
22         A      Correct.
23  BY MR. BAHNSEN:
24         Q      Can you turn, please, to
25  Section 7.1.

Page 111

1         A      [Witness complies.]
2         Q      In the first paragraph under that
3  heading, it says -- it says, "Several process owners
4  share the responsibility for SKAT's process of
5  handling dividend taxation."  Correct?
6         A      Correct.
7         Q      It goes on to say, "No one has
8  overall responsibility for the entire process."
9  Correct?
10         A      It says that "An overall
11  responsibility has not been defined."
12         Q      What does that mean to you?
13         A      What it means is that somebody
14  might have responsibility for the entire process,
15  but it has not been described.
16         Q      Based upon your investigation, did
17  you understand there to be an overall responsibility
18  for the process?
19         A      No.
20         Q      Is the absence of an overall
21  responsibility a risk?
22         A      It can be.
23         Q      In what way could it be?
24         A      I don't quite know how to explain
25  this.

Page 112

1                So, the problem is that if there
2  is nobody with a general overview of the situation,
3  things may fall between two chairs and things might
4  end up not being handled.
5         Q      Would another way to say it be
6  that if you have 11 fathers, you have none?
7         MR. WEINSTEIN:  Objection to form.
8         A      I am not familiar with the
9  expression.
10  BY MR. BAHNSEN:
11         Q      Okay.  Can you turn to the next
12  page, should be the first paragraph.
13         A      [Witness complies.]
14         Q      It says, second sentence,
15  "Accounting II only checks that the dividend has
16  been declared for each stated company."  Correct?
17         A      Correct.  That is what we
18  discussed in great detail earlier on.
19         Q      Right.  And in the course of your
20  investigation, you didn't learn that Accounting II
21  was doing any other checks, correct?
22         A      Yes, that is true, in connection
23  with the reporting.
24         MR. WEINSTEIN:  Well, he said
25  "declaration," I think it should say "declaration."

Page 113

1         THE INTERPRETER:  Okay.  Could you give me
2  just one second.
3         [Discussion in Danish between
4                interpreter and Ms. Egholm.]
5         THE INTERPRETER:  Just -- just checking
6  the words "declaration" and "reporting" that I
7  apparently switched in the two questions before.
8         MR. BAHNSEN:  So, I didn't use either
9  word.  The answer was --
10         MS. EGHOLM:  "Declared" --
11         MR. BAHNSEN:  I said "declared"?
12         MS. EGHOLM:  Mm-hmm.
13         MR. BAHNSEN:  The question was:  In the
14  course of your investigation, you didn't learn that
15  Accounting II was doing any other checks.  Correct?
16         MS. EGHOLM:  Just before that.
17         MR. WEINSTEIN:  So, his answer is saying,
18  basically, yes, with respect to the declaration.
19         MR. BAHNSEN:  That is my understanding of
20  the answer as well.
21         MR. WEINSTEIN:  Okay.  I don't know what
22  it says, so --
23         MR. BAHNSEN:  So, the answer says:  Yes,
24  that is true in connection with the reporting.
25                So it should read:  Yes, that is true in

Page 114

1  connection with the declaration.  Correct?
2       Do you agree?
3       MR. WEINSTEIN:  Yes.
4  BY MR. BAHNSEN:
5       Q    So, let me just -- just to make it
6  a little clearer, let me ask the question again, if
7  I may, please.
8       [Question interpreted.]
9  BY MR. BAHNSEN:
10      Q    In the course of your
11 investigation, you didn't learn that Accounting II
12 was doing any other checks, correct?
13      A    Are you saying in relation to or
14 in general?
15      MR. WEINSTEIN:  Can I make a suggestion,
16 because I think your question had some context to it
17 that is now getting lost.
18      MR. BAHNSEN:  Yeah.
19      MR. WEINSTEIN:  If we all agree that the
20 word was "declaration," we will fix that.
21      MR. BAHNSEN:  Sure.
22      MR. WEINSTEIN:  I think it is hard for him
23 to go back and recreate a series of questions.
24 BY MR. BAHNSEN:
25      Q    Can you turn, please, to

Page 115

1  Section 7.3, specifically, to the paragraph -- this
2  is the very last sentence on the page with heading
3  7.3.1.
4       A    [Witness complies.]
5       Q    It says, "Therefore, a prompt
6  request for refund may result in the reimbursement
7  of dividend tax to shareholders before the withheld
8  dividend tax is declared and paid."
9       A    Correct.
10      Q    Again, this is the issue we
11 discussed before, correct?
12      A    Correct.
13      Q    And so your investigation did not
14 uncover any evidence to the contrary, correct?
15      A    [In English]  No.
16      Q    Next paragraph, it says,
17 "Accounting II does not carry out checks on whether
18 the investor in question is actually a shareholder
19 in the company."
20      A    [In Danish]  Correct.
21      Q    Again, your investigation did not
22 uncover evidence to the contrary, correct?
23      A    [In English]  No.
24      Q    That sentence goes on to suggest
25 that "Accounting II does not carry out checks on

Page 116

1  whether the investor in question is, in fact, liable
2  for tax in the foreign country."
3       A    Correct.
4       Q    Same question:  Did your
5  investigation uncover evidence to the contrary?
6       A    [In English]  No.
7       Q    Next paragraph, "The use of
8  omnibus accounts means that multiple dividend notes
9  are printed for each share, it makes it difficult to
10 check whether dividend tax is recovered more than
11 once per share."
12      A    [In Danish]  Correct.
13      Q    And you did not uncover evidence
14 to the contrary in your investigation, correct?
15      A    No.
16      Q    Next paragraph discusses omnibus
17 accounts, again.  And the end of the paragraph says
18 that "The real owners of the shares are not known.
19 So refunds are paid without proof of ownership and
20 actual distribution."  Correct?
21      A    Well, correct.  And I refer your
22 attention to the -- one of the sketches or diagrams
23 that is included in one of the attachments.
24      Q    And that diagram explains why the
25 identity of the shareholder is not known, correct?

Page 117

1       A    Correct.
2       MR. BAHNSEN:  Would you like to take a
3  break?
4       THE INTERPRETER:  Yes.
5       THE WITNESS:  Yes.
6       MR. BAHNSEN:  What would you like?
7       THE WITNESS:  I would say five minutes an
8  then move on.
9       MR. BAHNSEN:  Go off the record, please.
10      THE VIDEOGRAPHER:  Okay.  Standby.
11      Time is 10:55 a.m. New York time, and we
12 are going off the record.
13      [Whereupon, a recess transpired
14      from 10:55 a.m. until 11:13 a.m.]
15      THE VIDEOGRAPHER:  Okay.  Standby.
16      The time is 11:13 a.m. New York time, and
17 we are back on record.
18 BY MR. BAHNSEN:
19      Q    Mr. Daugaard, before the break, we
20 were talking about some of the statements in the
21 final report, correct?
22      A    Correct.
23      Q    And if you go back to the second
24 paragraph on the page with Bates numbers ending
25 -1065.

CONFIDENTIAL
Bo Daugaard - June 11, 2021

32 (Pages 122 to 125)

Page 122

1    A    Correct.
BY MR. BAHNSEN:
3    Q    The next one, "There is no
reconciliation between the dividends declared and
the dividends reported."  Correct?
6    A    That is correct.
7    Q    Next, "Dividend tax can be
refunded before the tax is paid to SKAT."  Correct?
9    A    Also, correct.
10   Q    Next one, "Omnibus accounts means
that several dividend notes are printed for a single
share."  Correct?
13   A    Correct.
14   Q    There is no check as to whether
dividend tax is requested more than once per share,
correct?
17   A    Correct.
18   Q    And there are no checks as to
whether the investor is actually a shareholder,
correct?
21   A    Correct.
22   Q    Okay.  From your perspective --
well, are any of the other conclusions stated in
this report misstated in any way?
25   A    Not to my knowledge.

Page 123

1    Q    So, you agree with the statements
that are made in this report, correct?
3    A    Yes.  I was the one to write them.
4    Q    How serious are any of these
problems that you identified?
6    MR. WEINSTEIN:  Objection to form.
7    A    Are you asking which are the most
serious or are you asking about all of them?
BY MR. BAHNSEN:
10   Q    Let's take the first question
first.
          Did any one of these problems
strike you as the most serious?
14   A    I am only just now understanding
the question.
          Well, the major problem here was
that there was no way to actually check who was the
share owner.
          And another big problem was that
you could have several dividend notes for omnibus
accounts.
22   Q    With respect to the first thing
you just mentioned, what is the risk to the Danish
treasury?
25   MR. WEINSTEIN:  Objection to form.

Page 124

1    A    So, one of the risks that the
Treasury is facing that somebody get hold of
somebody else's dividend note and make changes and
thereby commits fraud.
5    MS. EGHOLM:  I don't think he said
"Treasury."  He said "one of the risks" --
7    THE INTERPRETER:  "One of" --
          [Discussion in Danish between
          interpreter and Ms. Egholm.]
10   THE INTERPRETER:  I translated what he
answered to your question about the Treasury, I said
that "the Treasury is facing," and so on.
          Instead, it should have been "One of the
risks that you are facing is that somebody will get
hold of a dividend note and then the note is changed
and there by fraud is committed."
BY MR. BAHNSEN:
18   Q    Was that a specific risk that you
were envisioning when you wrote this?
20   A    Yes, I think so.
21   Q    So, if you could check who the
actual owner of the share is, that would have been
an improvement to the system, correct?
24   A    Correct, or if you had introduced
net settlement.

Page 125

1    Q    That would have been another way
to resolve this issue?
3    A    Yes.
4    Q    And did you understand whether
there were efforts to implement net settlement?
6    A    Not at the time.  And this issue
has yet to be resolved.
8    Q    So you just mentioned two options
to resolve the issue.
          Is it your opinion that SKAT
should have found a way to do one or the other?
12   MR. WEINSTEIN:  Object to the form.
13   A    So, both methods work, but I would
say that net settlement is always going to be the
better way because that is how we do this in
Denmark.  Because then you would get around all the
refund applications.
BY MR. BAHNSEN:
19   Q    Understood.
          Either way, your opinion is that
SKAT should have done something to correct this
problem, right?
23   A    So, we should have raised the
issue with the ministry, but there is also a
structural issue when it comes to putting the

CONFIDENTIAL
Bo Daugaard - June 11, 2021

34 (Pages 130 to 133)

### Page 130

1   A   Correct.
2   Q   Did you ever discuss the audit
3   report with Mr. Rasmussen?
4   A   So, in connection with Kjeld
5   Rasmussen having to sign the report, I remember him
6   having some questions about this. I cannot remember
7   specifically about what.
8       But we discussed the questions he
9   had and then he signed the report. After that, we
10  did not discuss the report.
11  Q   Did Mr. Rasmussen have any
12  objections to any part of the report?
13      MR. WEINSTEIN: Objection to form.
14  A   No, he did not; otherwise, he
15  would not have signed it.
16  BY MR. BAHNSEN:
17  Q   Did you and Mr. Rasmussen ever
18  discuss views on SKAT management?
19  A   [In English] No.
20  Q   Do you have any understanding of
21  whether Mr. Rasmussen had an opinion on SKAT's
22  attitude towards following up with reports?
23      MR. WEINSTEIN: Objection to form.
24  A   [In Danish] No, I don't know --
25  no, I do not know. But since then, a system has

### Page 131

1   been put in place always to follow up on reports,
2   but whether that was under Kjeld Rasmussen, I do not
3   know.
4   Q   Do you know when that system was
5   put into place?
6   A   I don't remember.
7   Q   Turn, please, to Exhibit 3358.
8   A   [Witness complies.]
9   Q   Do you recognize this document?
10  A   [Witness reviews document.]
11      Yes.
12  Q   This is an e-mail from your
13  colleague, Ms. Laustsen, on the 21st of December,
14  2010, correct?
15      [Reporter requests clarification.]
16  BY MR. BAHNSEN:
17  Q   L-A-U-T-S-E-N -- excuse me --
18  L-A-U-S-T-S-E-N.
19  A   Yes, I have seen it.
20  Q   And the second paragraph says that
21  "The group has not yet started up." Correct?
22  A   Correct.
23  Q   So another month has passed since
24  the last e-mail we saw and there is still no working
25  group, correct?

### Page 132

1   A   Correct.
2   Q   There is a suggestion that "There
3   were problems finding manning for the group."
4       Do you see that?
5   A   Correct.
6   Q   Do you understand what those
7   problems were?
8   A   I do not know.
9   Q   Do you know about any of the work
10  that this work group performed?
11  A   No. I do not know because I
12  switched jobs away from internal audit, as far as I
13  remember, December 1st, 2010.
14  Q   Can you turn to Exhibit 3357,
15  please.
16  A   [Witness complies.]
17  Q   Do you recognize this document?
18  A   I would need to read it. I see
19  that I am the recipient, but at this point, I cannot
20  remember.
21  Q   Please go ahead and take your
22  time.
23  A   [Witness reviews document.]
24      I have read it, yes.
25  Q   And does this -- is this e-mail

### Page 133

1   now familiar to you?
2   A   Yes, but I don't remember it very
3   clearly.
4   Q   Do you see where in the first
5   paragraph, it suggests that you did not give the
6   report a grade?
7   A   Correct. We did not do that
8   because it was an investigation.
9   Q   And we are talking about a grade
10  for the 2010 audit report, correct?
11  A   Yes, it was not given a grade.
12  Q   The next paragraph says that "In
13  submission to the head of department, the report has
14  been listed as 'critical.'" Correct?
15  A   Yes, that is what it says here.
16  Q   Do you know how the report came to
17  be labeled "critical"?
18  A   I do not know.
19  Q   But it was not you, correct?
20  A   No, I did not.
21  Q   It does not appear to have been
22  your colleague, Ms. Sørensen, correct?
23  A   Also, correct. I am not sure, but
24  I imagine this happened in connection with the
25  report being sent to the department and presented to

Page 138

1    MR. WEINSTEIN:  Objection.
2    A    That is what she writes in her
3 e-mail.
4 BY MR. BAHNSEN:
5    Q    Did you ever have discussions with
6 Ms. Rømer about whether Accounting II should be the
7 place responsible for dividend tax administration?
8    A    No.  Not to my knowledge, no.
9    Q    Did you ever have discussions with
10 her about a need for there to be some verification
11 on documents in the process of approving reclaim
12 applications?
13    A    Yes.  As we wrote about this in
14 the report.
15    Q    Okay.  Can you turn, please, to
16 Exhibit 3008.
17    A    [Witness complies.]
18    Q    Are you familiar with this
19 document?
20    A    [Witness reviews document.]
21          Only from the Danish National
22 Audit Office website.
23    Q    Have you reviewed this document
24 before?
25    A    I only read the sections that

Page 139

1 referred to the report that I was part of.
2    Q    Can you please turn to the page
3 marked "28" in the top left corner.  It is the
4 paragraph 69.
5    A    [Witness complies.]
6    Q    One second.  The document we have
7 before us is the National Audit Office's report,
8 correct?
9    A    Correct.
10   Q    And it relates to a review of
11 dividend tax administration, correct?
12   A    Yes, it is about fraud with -- no,
13 fraud in dividend tax refunds.
14   Q    So back to paragraph 69, it says
15 that "The National Audit Office establishes that
16 your 2010 audit report clearly warned about problems
17 with reimbursement of dividend tax."  Correct?
18   A    Correct, that is what it says.
19   Q    The National Audit Office saw your
20 report as a clear warning; is that your
21 understanding there?
22        MR. WEINSTEIN:  Objection to form.
23   A    Correct.
24        [Reporter requests clarification.]
25        THE INTERPRETER:  "Correct."

Page 140

1 BY MR. BAHNSEN:
2    Q    Do you agree with the National
3 Audit Office's conclusion?
4    A    Yes, I am -- yes, I do.
5    Q    Can you please turn back a few
6 pages to -- excuse me, just -- the page right
7 before, page 27.
8    A    [Witness complies.]
9    Q    And under Box 6, the National
10 Audit Office lists a number of points from your
11 audit report, correct?
12   A    Correct.
13   Q    And I will just take these in turn
14 here.
15        The Audit Office notes that --
16        MR. WEINSTEIN:  And just to be clear, we
17 are going to take the time -- he read the points in
18 his report and now you are going ask him if another
19 report that says his report says those points,
20 you're going to go through each one?
21        MR. BAHNSEN:  I want to make sure that our
22 understanding of these translations is the same.  If
23 there are no problems, it likely will not take very
24 long.
25        MR. WEINSTEIN:  He's not here to make

Page 141

1 translations of a report he didn't issue.  I mean,
2 we're just wasting time --
3        MR. BAHNSEN:  I'm not asking him to
4 translate.  I'm asking him to give his testimony
5 based upon an understanding, which he is going to
6 form from his reading of the document.
7 BY MR. BAHNSEN:
8    Q    Mr. Daugaard, first bullet point,
9 National Audit Office says that "SKAT is not
10 checking whether the dividend tax that the companies
11 paid corresponded to the dividend tax reclaimed."
12        Is that your understanding of that
13 bullet point?
14   A    I am not certain that the text
15 written here is identical one to one to what it says
16 in the report.
17   Q    So, it may not be, but I am going
18 to ask you if the National Audit Office's
19 characterization of your report is a fair one.
20        Is that -- do you understand that?
21   A    Then I would like to have a minute
22 to read what it says.
23   Q    Of course.  Please, go ahead.
24   A    [Witness reviews document.]
25        This is more or less --

CONFIDENTIAL
Bo Daugaard - June 11, 2021

38 (Pages 146 to 149)

Page 146

1  colleagues in internal revision or did you testify
2  at a separate time from each of them?
3      A    We made our statements one by one.
4           So, I went in first to testify and
5  then I went out and then Jens went in, and then
6  Linda, and then Tina at the end.
7           And I don't know what they said to
8  the Commission.
9      Q    You mentioned earlier that you
10 have reviewed a copy of your transcript, correct?
11     A    Correct.
12     Q    You received a copy of that from
13 your counsel at the time, correct?
14     A    Correct.
15     Q    Did you say that that had been
16 sent to your SKAT e-mail address?
17     A    Correct.
18     MR. BAHNSEN:  Okay.  I am going to just
19 note for the record that Defendants have made a
20 request for all copies of the transcript testimony
21 in the possession of SKAT, and it appears there is
22 at least one such transcript in SKAT's possession at
23 this time.  So I will ask that that be produced to
24 defendants.
25     Q    Do you recall what you said to the

Page 147

1  Commission?
2      A    The general outline, yes, but,
3  otherwise, I would need to have the transcript in
4  front of me.
5      Q    I cannot do that for you today.
6           But if you would, please, turn to
7  Exhibit 3364.
8      A    [Witness complies.]
9      Q    Are you familiar with this news
10 article?
11     A    [Witness reviews document.]
12          Yes, it is a wonderful drawing of
13 me.
14     Q    Is that you?
15     A    [In English]  Yes.
16     Q    I see it.
17          Have you read this article before?
18     A    Long ago.
19     Q    Okay.  Okay.
20          If you would take a look at the --
21 the second page, the very last line.
22     A    [Witness complies.]
23     MR. WEINSTEIN:  Which page?
24     MR. BAHNSEN:  The translation might be
25 slightly different, actually.  Your second page for

Page 148

1  your, Marc.
2      MR. WEINSTEIN:  Okay.
3  BY MR. BAHNSEN:
4      Q    The paragraph reads, "'One should
5  be blind if one did not respond to our warnings.
6  They stood and flashed red lights,' said the first
7  witness of the day, Bo Daugaard."
8           Do you see that?
9      A    Yes.  Yes.
10     Q    Did you testify in that way?
11     A    It sounds about right, yes.
12     Q    So you agree with the statement
13 there that one had to have responded to the warnings
14 in your report?
15     A    Yes.  And I believe that that is
16 the case.
17     Q    SKAT didn't respond, correct?
18     MR. WEINSTEIN:  Objection.  To what?
19     A    Well, they did establish the work
20 group that we have discussed and things did happen
21 much later on once I had ended my job with internal
22 audit.
23 BY MR. BAHNSEN:
24     Q    Is it a fair reading of this
25 portion of your testimony that a reasonable person

Page 149

1  would have understood the need to do something in
2  response to your report?
3      MR. WEINSTEIN:  Objection to form.
4      A    Yes, I would say so.
5  BY MR. BAHNSEN:
6      Q    If you look a few paragraphs
7  further down the article, there is a paragraph that
8  begins, "The first of four witnesses."
9      A    [Witness complies.]
10     Q    The article reports that "You and
11 your colleagues gave the impression of a tax in
12 organizational decay and inability or unwillingness
13 of management to do something about it."
14          Do you see that?
15     A    Correct.
16     Q    Do you agree with that statement?
17     MR. WEINSTEIN:  Objection.  It refers to
18 four witnesses, he said he doesn't know what three
19 of them said, so that's --
20     MR. BAHNSEN:  I will rephrase.  I will
21 rephrase.
22     Q    To the -- do you agree with that
23 statement to the extent of the testimony you
24 provided to the Commission?
25     A    Yes, I would say so on the basis

CONFIDENTIAL
Bo Daugaard - June 11, 2021

48 (Pages 186 to 189)

Page 186

1  Q    As an auditor, if you have
2  identified a problem, would you recommend not fixing
3  it because the solution is hard?
4       MR. WEINSTEIN: Objection to form.
5  A    I will always recommend handling
6  the problem.
7  BY MR. BAHNSEN:
8  Q    Any time you identify an issue,
9  you would recommend fixing it, correct?
10 A    That is correct.
11 Q    Mr. Weinstein raised a system
12 called Tastselv, is that correct?
13 A    That is correct.
14 Q    Would you agree that that system
15 made reporting dividends easier?
16 A    At least, less resource intensive
17 for SKAT.
18 Q    What about for the companies that
19 were reporting?
20 A    Not necessarily for them.
21 Q    Okay. Can you turn back, please,
22 to Section 6 in the final report.
23 A    [Witness complies.]
24 Q    Section 6 identifies a number of
25 different entities with whom you consulted in the

Page 187

1  preparation of this report, correct?
2  A    Absolutely correct.
3  Q    So in addition to Ms. Rømer, you
4  consulted with the legal department, correct?
5  A    Yes, it is correct that we were in
6  contact with the division called the -- the legal
7  division with --
8       THE WITNESS: [In English] "Economics."
9       THE INTERPRETER: -- "general economics."
10      I am at this point blank. So, I can
11 Google it if you want me to, but --
12      [Discussion in Danish between
13      interpreter and witness.]
14 BY MR. BAHNSEN:
15 Q    It is okay.
16      You also were in contact with
17 Process and Digitalization, correct?
18 A    Correct.
19 Q    In fact, you were in touch with
20 people from Accounting II other than Ms. Rømer,
21 correct?
22 A    Yes, at meetings or via e-mail.
23 But Lisbeth Rømer was always CC'd or the person in
24 was always CC'd.
25 Q    To the -- excuse me. Withdrawn.

Page 188

1       You testified earlier that the
2  conclusions in the report are the conclusions of
3  SIR, correct?
4  A    That is correct.
5  Q    To the extent that your
6  conclusions are the same as conclusions made by
7  Ms. Rømer, that is because SIR agreed with those
8  conclusions, correct?
9  A    That is correct.
10 Q    Mr. Weinstein asked a few
11 questions about the difficulty of obtaining the
12 identity of foreign shareholders in omnibus
13 accounts.
14      Do you remember that?
15      MR. WEINSTEIN: Objection to form.
16 A    That is correct.
17 BY MR. BAHNSEN:
18 Q    And this is a risk you identified
19 in your 2010 report, correct?
20 A    Yes, that is correct, and we
21 discussed this earlier.
22 Q    And did that risk create the
23 possibility that SKAT would refund money to people
24 not entitled to that?
25 A    Yes. That is correct.

Page 189

1  Q    That could include fraudulent
2  applications, correct?
3  A    That is correct.
4  Q    And I believe you testified also
5  that your testimony before the Commission related to
6  this matter reflected a belief that your warning was
7  very clear, right?
8  A    That is correct.
9  Q    The press reported your position
10 as being that "only a blind person would not
11 understand the warnings." Correct?
12      MR. WEINSTEIN: Objection. Asking him to
13 repeat his earlier testimony is not really recross.
14 BY MR. BAHNSEN:
15 Q    Can you answer the question?
16 A    That is correct.
17 Q    Is that still your opinion?
18 A    Yes, I do.
19      MR. BAHNSEN: I have no further questions.
20 Thank you very much.
21      [Question interpreted.]
22      THE WITNESS: It was a pleasure talking to
23 you, too.
24      MR. BAHNSEN: Run, run out. Everybody.
25 Okay, José. That is a wrap.