# Exhibit 47

CONFIDENTIAL
Helen Sorensen - September 21, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
_____)


**************************************
*                                    *
*           CONFIDENTIAL             *
*                                    *
**************************************


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
HELEN SORENSEN
DATE: September 21, 2021



REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

CONFIDENTIAL
Helen Sorensen - December 7, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 18-MD-2865 (LAK)

_____
                                    )
IN RE:                              )
                                    )
CUSTOMS AND TAX ADMINISTRATION OF   )
THE KINGDOM OF DENMARK              )
(SKATTEFORVALTNINGEN) TAX REFUND    )
SCHEME LITIGATION                   )
                                    )
This document relates to:           )
All cases                           )
_____)


C O N F I D E N T I A L


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL
EXAMINATION OF
HELEN SORENSEN
VOLUME II
DATE: December 7, 2021




REPORTED BY: CHARLENE FRIEDMAN, CCR, RPR, CRR

Page 14

1    A    Okay.
2    Q    Did you meet with anyone to prepare
3  for the deposition?
4    A    Yes, with Kim Rasmussen.
5    Q    Anyone other than Mr. Rasmussen?
6    A    Yes.  I also talked to
7  Kammeradvokaten and the American
8  representatives.
9    Q    I apologize.  What did you say?
10   A    Kammeradvokaten and the American
11 representatives.
12   Q    And when you say "the American
13 representatives," do you mean the lawyers
14 from Hughes Hubbard?
15   A    Yes.
16   Q    Okay.  What did you discuss with
17 the lawyers from Hughes Hubbard and
18 Kammeradvokaten?
19   A    We discussed actually many of what
20 would be going on today at this meeting,
21 how -- how the process would be, and then
22 they showed me some -- a few of the potential
23 questions that could be asked.
24   Q    Did you discuss at all what
25 testimony you would give or what answers you

Page 15

1  would give to the questions that were asked?
2    A    No.  Just how I should answer, the
3  manner I should answer them in.
4    Q    What does that mean?
5    A    Briefly, correctly, yeah, with the
6  details needed.
7         I might have covered a little bit
8  of the actual answers, but not in full
9  details.
10   Q    What substance did you cover?
11        What -- what substance about the
12 issues in this case did you cover with
13 Kammeradvokaten and Hughes Hubbard?
14   A    A settlement and -- what else,
15 information on inter-reporting with the tax
16 authorities, with that process in Denmark.
17   Q    What did you discuss with them
18 about net settlement?
19   A    How -- how it works in Denmark.
20        Do you need the details answered?
21   Q    Sure.  Any detail you can provide
22 would be great.
23   A    Okay.  Well, net settlement is used
24 in Denmark and also in the rest of the market
25 and specifically around Europe, as far as I

Page 16

1  know.  In order to save cost on settlement,
2  it is used so that all of the participants in
3  the settlement process can net all of the
4  base settlement instructions into one large
5  bulk settlement instruction, in each ISIN
6  code representing civil underlying settlement
7  instructions and -- and on that basis,
8  settlement will occur once it has been
9  matched and settled.
10   Q    Is net settlement required in
11 Denmark?
12   A    No, not at all.
13   Q    Is it encouraged?
14   A    Not per se.
15   Q    What do you mean "not per se"?
16   A    VP Securities does not encourage
17 it.
18   Q    Anything else you discussed with
19 Kammeradvokaten or Hughes Hubbard?
20   A    Not as far as I remember.
21   Q    I know you said you just returned
22 from maternity leave.
23        Are you currently employed?
24   A    Yes.
25   Q    And by whom are you employed?

Page 17

1    A    By VP Securities, a company of
2  Euronext.
3    Q    I just missed the word.
4         What company of Euronext?
5    A    It's a subsidiary -- sorry -- a
6  subsidiary of the Euronext corporation.
7    Q    And when did you start working at
8  VP Securities?
9    A    In August 1st, 2012.
10   Q    What was your title when you
11 started working at VP Securities?
12   A    Product manager.
13   Q    What product were you managing?
14   A    At that time, our -- that was our
15 line platform and issuing agency services
16 project.
17   Q    What did your job responsibilities
18 entail?
19   A    Generally, a marketing plan, code
20 of market plans, product development,
21 specialist knowledge, product roadmaps.
22   Q    And did your position change at
23 some point in time?
24   A    Yes.  The -- the product management
25 responsibility was also covered afterwards

CONFIDENTIAL
Helen Sorensen - September 21, 2021

12 (Pages 42 to 45)

Page 42

1      But is it fair to say that
2  VP Securities' only knowledge of who's paid a
3  dividend by a Danish corporation is account
4  registration information within
5  VP Securities?
6      MR. SMITH:  Object to form.
7    A    VP Securities have information in
8  our system registered on the securities
9  accounts, and that information could be
10  beneficial owners.  It could be legal
11  persons.  It could be corporations owning the
12  holding on that securities account.
13      VP Securities does not look at the
14  data, does not consider the data, does not
15  delegate the data.
16    Q    You used the term "beneficial
17  owner."
18      What does that mean to
19  VP Securities?
20      MR. SMITH:  Object to the form.
21    A    In VP Securities, it actually does
22  not mean anything.
23    Q    So whose term is that?
24    A    That is something that is used by
25  the tax authorities.

Page 43

1    Q    So beneficial ownership is a tax
2  definition?
3      MR. SMITH:  Object to form.
4    A    I believe it's a term used in
5  multiple ways, and I believe that the
6  definition is -- is -- it's a legal and
7  it's -- yeah, used also by tax authorities.
8    Q    When you say that the owners of a
9  dividend could be beneficial owners, what did
10  you mean by "beneficial owners"?
11    A    I just meant that you have -- in
12  Denmark we have -- in VP Securities we have
13  investors accounts, meaning that me and you
14  would have our own securities account in
15  VP Securities.
16      And then -- and that -- it would be
17  the securities account and the holdings on
18  that would be specifically for us and the
19  dividend paid out would be directly to me.
20  Meaning that I would be the receiver directly
21  of that dividend in the first level of the
22  chain.
23    Q    Does the VP process for the
24  distribution of dividends do anything to
25  ensure that dividends are paid to the correct

Page 44

1  recipients?
2      MR. SMITH:  Objection to form.
3    A    VP Securities does not validate
4  data registered on the securities account
5  system, so VP Securities does not consider if
6  it's the right procedure.
7    Q    Are you aware of circumstances
8  where the dividend is not paid to the correct
9  owner of the shares?
10    A    Generally speaking, there is a
11  market practice where you have a dividend
12  claim process for settlement instructions
13  that have failed, which is quite common.
14      So meaning that if a settlement
15  instruction failed, meaning that there could
16  have been an error in some of the information
17  so that the matching didn't happen correctly,
18  and then we will say the finality of the
19  settlement didn't happen before record date,
20  even though the trade was agreed and the
21  settlement instruction was created and the --
22  I'll say agreement relating to -- would
23  actually be the receiver of the dividend, if
24  that instruction failed, then there is the
25  process where the two parts in that

Page 45

1  settlement instruction have a dividend claim
2  process where a dividend is transferred from
3  the faulty receiver of the dividend to the
4  correct receiver of the dividend.
5    Q    In your role at VP Securities,
6  during your time at VP Securities, you've had
7  an opportunity to learn about the way that
8  Danish shares are -- or Danish securities are
9  traded, right?
10      MR. SMITH:  Objection to form.
11    A    I have some knowledge about
12  settlement.
13    Q    And you're aware of the ordinary
14  market operations in Denmark, correct?
15      MR. SMITH:  Objection to form.
16    A    I'm aware of some.
17    Q    What if -- what are the limits of
18  your knowledge with respect to ordinary
19  market -- ordinary market practice in
20  Denmark?
21      MR. SMITH:  Object to form.
22    A    I think that is too general.
23      If -- if you need knowledge from
24  me, you would need to ask me specific
25  questions, and then we can see if I have an

Page 46

1   answer for you.
2       Q   Okay.  So let's talk about the
3   concept of dematerialization, which is a term
4   you used earlier.
5           What does dematerialization mean?
6       A   Dematerialization is generally just
7   another word for non-paper form securities.
8   I believe it might be a legal term used back
9   in 1983 when VP Securities dematerialized
10  funds first and then afterwards shares.
11      Q   So there are no physical shares of
12  stock issued by large Danish corporations.
13          Is that right?
14          MR. SMITH:  Object to the form.
15      A   There are no physical stocks
16  registered in VP Securities.
17      Q   Do purchasers of Danish stock
18  receive physical certificates today?
19      A   Not if they bought a security that
20  is registered in VP Securities.
21      Q   And that's been the case since the
22  1980s.
23          Is that right?
24      A   That is correct.
25      Q   The dematerialized shares that do

Page 47

1   exist aren't individually identifiable,
2   right?
3           MR. SMITH:  Object to form.
4       A   Danish securities does not have
5   serial numbers.
6       Q   Individual shares don't have serial
7   numbers.
8           Is that right?
9       A   Normally an ISIN code has a
10  circulating amount.  There is a specified
11  amount that is the general ledger of that
12  security.
13          You cannot specify or -- or see
14  them as individuals.  You have one share.  I
15  cannot separate them from each other or
16  distinguish them from each other.
17          One share is one share, and there
18  is only a certain amount of shares registered
19  in Denmark in the CSD, and that is the
20  general ledger and that is always reconciled.
21      Q   So if I were to go to my broker and
22  ask my broker to purchase 100 shares of Novo
23  Nordisk, a Danish company, would the broker
24  go out looking for physical stock
25  certificates to acquire and deposit into my

Page 48

1   account?
2           MR. SMITH:  Object to the form.
3       A   I'm sorry, can you repeat that
4   question?
5       Q   Sure.
6           If I were to ask my broker to
7   purchase 100 shares of Novo Nordisk for me,
8   would he go out and look for 100 physical
9   stock certificates to acquire and deposit
10  into my account?
11          MR. SMITH:  Object to the form.
12      A   He would -- in VP Securities, we do
13  not have physical shares.  So whatever he
14  bought would not be actual shares.
15      Q   And so -- I apologize.  Please go
16  ahead.
17      A   And they would not be accurate
18  shares.
19      Q   They would not be?
20      A   Accurate shares.
21      Q   And if I were able to purchase
22  Danish securities, there are no particular
23  shares that anyone could point to and say
24  those are the shares that Alan bought.
25          Is that right?

Page 49

1           MR. SMITH:  Objection to form.
2       A   If there are -- let's see how I can
3   phrase that.
4           If you have your securities
5   registered in an account, it would not be
6   possible to pinpoint the exact shares that --
7   that you own.  You would just own ten shares.
8       Q   And how would I know that I own ten
9   shares?
10          MR. SMITH:  Object to the form.
11      A   If -- if a foreign investor uses a
12  broker to purchase any securities, that
13  broker would have an agreement with another
14  financial institution that would have a
15  securities account in VP Securities, and
16  those shares that the foreign investor
17  purchases will lay in the participants'
18  securities account in VP and will be mirrored
19  in the system outside of the custody chain
20  until it reaches the broker's system that
21  will show the investor is ultimately holding.
22      Q   That would be a book entry with the
23  broker showing the investor his shareholding,
24  correct?
25          MR. SMITH:  Objection to the form.

CONFIDENTIAL
Helen Sorensen - September 21, 2021

14 (Pages 50 to 53)

Page 50

1   A    There will be a book entry in
2   VP Securities' system on the securities
3   account.
4   Q    And from the perspective of the
5   investor, how does the investor know that
6   he's the one that owns the ten shares of Novo
7   Nordisk?
8        MR. SMITH:  Objection to form.
9   A    The investor will have made a
10  contractual agreement with his or her broker
11  stating their responsibility as a broker and
12  ensuring that the broker is responsible of
13  reconciliation of whatever holdings that the
14  investor purchases.
15  Q    Are you familiar with the concept
16  of book entry?
17       MR. SMITH:  Objection to form.
18  A    What would you need me to answer in
19  relation to the concept of book entry?
20  Q    Are you familiar with the concept?
21  A    I'm familiar with the word "book
22  entry," yes.
23  Q    Okay.  What does that term mean to
24  you?
25  A    In VP Securities, we use it as part

Page 51

1   of the settlement finality.
2   Q    What does that mean?
3   A    I mean that once the settlement has
4   occurred, then the holding in -- in question
5   is book entered into a securities account.
6   Q    So is it fair to say that it's a
7   record made to reflect a securities
8   transaction?
9        MR. SMITH:  Objection to form.
10  A    It is the actual registration of
11  the holding into the securities account.
12  Q    And is it fair to say that the
13  financial markets rely on those sorts of
14  entry in the books and records of
15  participants in the system?
16       MR. SMITH:  Objection to form.
17  A    It -- book entry is a part of the
18  normal procedure in a central securities
19  depository in relation to settlement.
20  Q    All right.
21       MR. SCHOENFELD:  We've been going
22  for about an hour.
23       Should we take a short break?
24       VIDEO OPERATOR:  Oh, okay.
25       Standby.  The time is 5:07 a.m.,

Page 52

1   New York time, and we're going off the
2   record.
3        (Brief recess taken.)
4        VIDEO OPERATOR:  The time is 5:18
5   a.m., New York time, and we're back on
6   record.
7   Q    Ms. Sorensen, before we continue, I
8   just want to go back to a translation issue.
9        Do you have Livenote in front of
10  you?
11  A    I have what, sir?
12       MR. SCHOENFELD:  Do you have the
13  transcript in front of you, Kirsten?
14       MS. FOLLIN:  No.  Well, I can --
15  yes.
16       MR. SCHOENFELD:  So at page 46?
17       MR. SMITH:  Do you have a line
18  number?
19       MR. SCHOENFELD:  Yes.
20       So line 13, the initial answer is
21  "actual shares," and then the transcription
22  at 16 and 18 is "accurate shares," but I
23  think the witness meant actual.
24       I just want to correct that.
25  A    I will use the term "actual

Page 53

1   shares."
2   Q    Okay.  So just to clarify, the word
3   "accurate" appearing at 46/16 and 46/18 of
4   the rough should be "actual"?
5   A    Yes.
6   Q    So Ms. Sorensen, before the break,
7   we were talking about the concept of book
8   entry.
9        I think we agreed, though, tell me
10  if I'm wrong, but a book entry is a record
11  made to reflect a securities transaction.
12       Is that fair?
13       MR. SMITH:  Objection to form.
14  A    The book entry in VP Securities is
15  made to -- to register a holding on a
16  specific securities account.
17       So it is the registration made for
18  the securities account.
19  Q    Okay.  And so, if I, as an
20  investor, were to buy 100 shares of a Danish
21  corporation, my broker's books and records
22  would reflect the fact that I own 100 shares,
23  correct?
24       MR. SMITH:  Objection to form.
25  A    To my knowledge, if you were to buy

CONFIDENTIAL
Helen Sorensen - September 21, 2021

16 (Pages 58 to 61)

Page 58

1   A   To my knowledge, at that time, I
2   was chosen because I had also been
3   participating in the working groups with the
4   Ministry of Taxation and had knowledge from
5   my time as a product manager of securities
6   accounts and tax reporting.
7       Q   We talked a little before about the
8   concept of beneficial ownership.
9           Is that a concept that
10  VP Securities uses in its ordinary practice?
11          MR. SMITH:  Object to the form.
12      A   No, it's not.  We use end investor.
13      Q   And based on your familiarity with
14  SKAT, your work in the working group among
15  others, do you have an understanding of how
16  SKAT uses the definition of beneficial
17  ownership?
18          MR. SMITH:  Object to the form.
19      A   I do not have a full, say,
20  definition from SKAT, no.
21          The only, you say, objective is
22  that the rightful owner of a share should
23  receive the dividend related to that share.
24      Q   And do you have any understanding
25  of how SKAT determines who the rightful owner

Page 59

1   of the share is?
2       A   No.
3       Q   Do you have any further
4   understanding of what definition of
5   beneficial ownership SKAT applies to
6   determine the rightful owner of a share?
7           MR. SMITH:  Object to the form.
8       A   No.  You would need to ask SKAT.
9       Q   Now, when -- when investors
10  purchase and sell securities, there's a
11  difference between a trade date and a
12  settlement date, correct?
13          MR. SMITH:  Object to form.
14      A   That is correct.
15      Q   Okay.  Is the trade date the date
16  on which the trade is placed?
17      A   Yes, the trade date is the date
18  where the trade is placed, yes.
19      Q   And so, it's on that date that a
20  broker, if we're talking about an individual
21  investor, has located a buyer and a seller,
22  right?
23          MR. SMITH:  Object to the form.
24      A   It is where an agreement on a price
25  and amount of shares has been made between --

Page 60

1       Q   But not -- but nothing is exchanged
2   on that day, right?
3       A   Nothing is exchanged, no.
4       Q   The buyer doesn't fund the purchase
5   on the trade date, correct?
6       A   That -- this is a little bit
7   outside of the VP Securities area because
8   this is something that happens before
9   settlement.
10          Within VP Securities, the actual
11  shares and the paid amount exchanges shake
12  hands and -- between the two participants.
13  And what has happened between the broker and
14  the investor and -- I do not know.
15      Q   You don't know as a general matter
16  what happens on that trade date between the
17  broker and the investor?
18          MR. SMITH:  Object to the form.
19      A   I do not know what happens with
20  specifically all brokers and traders in the
21  world during trade date.
22      Q   I'm asking about your general
23  understanding of market practice in Denmark.
24          Is it your understanding that
25  generally in Denmark, on the trade date, the

Page 61

1   buyer doesn't fund the purchase?
2           MR. SMITH:  Object to form.
3       A   To my knowledge, the funding does
4   not actually occur on the trade date.
5       Q   And the transfer of the shares
6   doesn't also occur on the trade date,
7   correct?
8           MR. SMITH:  Object to the form.
9       A   The transfer of the shares does not
10  occur on trade date.
11      Q   But on the trade date, there's a
12  book entry that's made that reflects the
13  trade, correct?
14          MR. SMITH:  Object to form.
15      A   On trade date -- this, of course,
16  is different within the brokers in the
17  market, so, therefore, I cannot say it's
18  generally.
19          But the actual book entry and the
20  legal book entry is -- only happens at
21  fine -- finality in the VP Securities.
22      Q   Is any book entry made on the trade
23  date in Denmark?
24      A   Not at VP Securities.
25      Q   No, I understand not in

Page 82

1    Q    Right.
2         So the netting occurs before
3    VP Securities sees any information about
4    trades that occurred during the settlement
5    cycle, right?
6         MR. SMITH:  Object to the form.
7    A    Yes, that could be true, yes.
8    Q    Netting of settlement instructions
9    is not illegal.
10        Is that right?
11        MR. SMITH:  Object to the form.
12   A    No, netting of settlement
13   instructions are not illegal.
14   Q    And I want to give you a few
15   hypotheticals just to illustrate and make
16   sure I understand how netting operates.
17        And so for each of these, these
18   have nothing to do with dividend withholding
19   tax.  So set that issue aside in your mind.
20        So assume that a foreign custody
21   bank that has an account with Danske Bank for
22   transactions involving Danish securities and
23   assume that the foreign custody bank has no
24   shares of its own and assume that it's
25   trading over-the-counter.

Page 83

1         Again, we're talking about Novo
2    Nordisk and each share is worth 100 kroner.
3         So again, the setup here is you
4    have a foreign custody bank that has an
5    account with Danske Bank.
6         So in today's settlement block,
7    Danske, on behalf of the foreign custody
8    bank, submits on a net basis five million
9    shares of Novo that its customers have agreed
10   to sell.
11        Are there checks that VP Securities
12   performs as part of the settlement process on
13   the buyer and seller of shares?
14        MR. SMITH:  Object to the form.
15   A    The checks that VP Securities does
16   is on the matching of the settlement
17   instructions.
18        So basically, VP Securities look to
19   see if information on each part of the
20   instructions are the same and that is what
21   VP Securities are checking.
22   Q    Does VP do safety checks to make
23   sure that the seller of the shares has the
24   shares and the buyer of the shares has the
25   money?

Page 84

1         MR. SMITH:  Object to the form.
2    A    In relation to settlement, the
3    settlement cannot be executed unless there
4    are both cash and papers available for
5    settlement.
6    Q    When you say "papers available for
7    settlement," what do you mean?
8    A    Securities.
9    Q    Well, there are no papers, right?
10   A    No, sorry.  It's a term.
11   Securities, the holding that needs to be a
12   specific holding available for settlement.
13   Q    And does VP Securities, prior to
14   matching, perform a check to make sure that
15   the seller has the shares reflected on the
16   books and records of its account and that the
17   buyer has the money?
18        MR. SMITH:  Object to the form.
19   A    I think I need to be clear here.
20        VP Securities does not -- does not
21   look at the buyer and seller.  VP Securities
22   look at the two parts of the settlement
23   instruction.
24        So for the clearing is when the
25   system checks and controls that there are

Page 85

1    securities available and cash available for
2    settlement.
3    Q    Okay.  And so, as part of the
4    clearing, does VP Securities perform the
5    clearing for those transactions?
6         MR. SMITH:  Object to the form.
7    A    VP Securities perform clearing.
8    Q    Okay.  And so in clearing those
9    transactions, does VP actually look at the
10   seller's account to confirm that there's the
11   right number of shares in the seller's
12   account?
13        MR. SMITH:  Object to the form.
14   A    Yes, VP Securities look at the
15   amount of shares that's available on the
16   specified securities account listed in the
17   settlement instruction.
18   Q    Okay.  So going back to the --
19   going back to the -- the hypothetical I
20   talked about, you've got a foreign custody
21   bank with an account at Danske and on this
22   particular date, the customers are selling on
23   a net basis five million shares of Novo
24   Nordisk.
25        Will there be a check performed to

Page 130

1  settlement could -- could happen or T plus 2
2  at that time.
3         It could happen that the -- the
4  receiver of the holding would receive
5  dividend even though the settlement
6  instruction was registered in our system on X
7  dividend date.
8      Q   And so, the settlement date can
9  occur after the record date, correct?
10         MR. SMITH:  Object to the form.
11     A   I --
12     Q   So for a trade that's on -- let me
13 restate it.
14         For a trade that's on or before the
15 date of the annual general meeting in which a
16 dividend is declared, the settlement date can
17 occur after the record date.
18         Is that right?
19     A   No.
20         Settlement dates are -- was, at
21 that time, the normal market practice was T
22 plus 3, but it was also possible to have
23 equity with the counter-party, that it would
24 either be, for instance, T plus 2 or T plus 1
25 or -- or realtime settlement.

Page 131

1         And -- and the only thing that
2  matters to VP Securities is that if a -- the
3  dividend is -- if the dividend that is
4  related to the holding needs to go to that
5  securities account, the holdings should be on
6  the securities account on record date and
7  5:59:59.
8         So it's quite -- it's a -- it's a
9  system, an IT system, meaning that it's --
10 it's quite simple that if dividend is going
11 to be paid out, it's going to be paid out to
12 the securities accounts where the securities
13 are registered on record date at 5:59:59.
14     Q   The parties to the transaction can
15 agree to T plus 4 or some longer settlement
16 date, correct?
17     A   As I -- as I mentioned earlier, I
18 do not know about a practice where someone
19 agrees on the longer settlement process than
20 three days.
21     Q   For SKAT's purposes -- for purposes
22 of determining dividend withholding tax or
23 the entitlement to a dividend, it's the trade
24 date and not the settlement who dictates who
25 owes the dividend tax.

Page 132

1         Is that correct?
2         MR. SMITH:  Object to the form.
3      A   Can you repeat the question?
4      Q   Sure.
5          Are you aware what date controls
6  within SKAT who owes dividend tax associated
7  with a dividend that's associated on a Danish
8  security?
9          MR. SMITH:  Object to the form.
10     A   As I don't work with SKAT, I do not
11 know how they define that.  I just know that
12 the process for payment of dividend is based
13 on the calculation on record date in the
14 system of VP Securities, and SKAT is also
15 aware.
16     Q   You -- you mentioned earlier that
17 SKAT has a definition of beneficial ownership
18 that it uses for purposes of determining tax
19 obligations.
20         Is that right?
21         MR. SMITH:  Object to the form.
22     A   Yes, SKAT is using a definition of
23 beneficial owner.
24     Q   And for purposes of that definition
25 of beneficial owner, do you know whether the

Page 133

1  trade date controls versus the settlement
2  date?
3          MR. SMITH:  Object to the form.
4      A   I do not know how they apply this.
5      Q   Does a party who purchases stock
6  become the beneficial owner of that stock and
7  any associated dividend on the trade date?
8          MR. SMITH:  Objection to the form.
9      A   From VP's perspective, the entity
10 that receives dividend is the entity that has
11 the holding on their securities account on
12 record date at 5:59:59.
13     Q   Do you know whether SKAT has a
14 different understanding?
15     A   No.
16     Q   You don't know, one way or the
17 other, whether SKAT has a different
18 understanding?
19         MR. SMITH:  Object to the form.
20     A   From -- from a system point of
21 view, the definition of record date and the
22 calculation, based on that, is the way that
23 CSD ensures that the dividend is paid out
24 correctly and is calculated on the basis
25 on -- off the general ledger and where the

Page 138

1   A   As -- as far as I know, the issuing
2   company is -- is not a part of the weekly
3   process.
4   Q   The issuer of the securities isn't
5   able to provide the shareholder with a refund
6   of withhold dividend taxes, correct?
7        MR. SMITH:  Object to the form.
8   A   As far as I know, it's not part of
9   the process.
10  Q   Is VP Securities able to provide
11  the shareholder with a refund?
12  A   VP Securities does not have any
13  cash to fund.
14  Q   So it couldn't provide a refund to
15  a tax -- to -- to a party filing a reclaim
16  for withheld dividend tax, correct?
17       MR. SMITH:  Objection to form.
18  A   Once VP Securities has done the
19  dividend payment, it is out of VP Securities'
20  hands.  We no longer have anything to do with
21  it.
22  Q   And when VP Securities is -- is
23  doing the dividend payment, it's not making
24  any determination as to whether it's paying
25  the beneficial owner for tax payer purposes,

Page 139

1   correct?
2        MR. SMITH:  Objection to the form.
3   A   VP Securities' system only looks
4   into the information that is registered on
5   the securities account, and this data is
6   provided by the account controllers.
7        Therefore, VP does not consider who
8   the receiver of the dividends are.
9   Q   Could a foreign owner of Danish
10  stock require the company to pay its
11  dividends on a gross basis?
12  A   No.
13  Q   I'm sorry, you said no?
14  A   I'm saying -- I'm saying that once
15  an issuing company is registered with VP
16  Securities, the dividend payment will need to
17  happen based on the process that
18  VP Securities has determined.
19       This means that the dividend
20  payment process is always the same and it
21  means that VP Securities will let the company
22  know of the net and the gross.
23       You could say they always know the
24  gross payment, the gross amount, but VP
25  Securities will let them know what the net

Page 140

1   amount is so that they'll only need the
2   liquidity for the net amount.
3        And because this is usually a lot
4   of money, so in that sense, it always happens
5   on the net level.
6   Q   Okay.
7        MR. SCHOENFELD:  I probably have
8   about five more minutes of questions, and I
9   want to talk with my colleagues before I do
10  those.
11       I understand that you have some
12  questions you have, and I would imagine that
13  we would have follow-up after your questions.
14       So Dustin, how do you want to
15  handle this?
16       We can go off the record to discuss
17  this if you would like.
18       MR. SMITH:  Yeah, why don't we go
19  off record for a -- for a short time.
20       VIDEO OPERATOR:  Okay.  Standby.
21       The time is 7:52 a.m., New York
22  time, and we're going off the record.
23       (Brief recess taken.)
24       VIDEO OPERATOR:  The time is 7:57
25  a.m., New York time.  We're back on record.

Page 141

1        MR. SMITH:  So just to confirm our
2   conversation, Alan, we agree that you'll
3   complete your questioning of Ms. Sorensen
4   today, and that we'll reserve our time for
5   additional questioning at a time that we're
6   able to agree with one another.
7        MR. SCHOENFELD:  Certainly.
8        And we obviously reserve our rights
9   to further question Ms. Sorensen following
10  whatever questioning you might do of her.
11       MR. SMITH:  Understood.
12       MR. SCHOENFELD:  Okay.
13  Q   Ms. Sorensen, just a couple of last
14  questions on the process VP undertakes with
15  respect to dividend payment.
16       VP does not consider who the
17  beneficial owner of the stock or the
18  dividends is in determining where to make
19  dividend payments, correct?
20       MR. SMITH:  Objection to the form.
21  A   VP Securities does not consider the
22  holding.  VP Securities only considers the
23  registered amount in each securities account
24  and the -- the tax rate related to that
25  securities account.

CONFIDENTIAL
Helen Sorensen - September 21, 2021

37 (Pages 142 to 145)

Page 142

1  Q   So it doesn't consider beneficial
2  ownership, correct?
3      MR. SMITH:  Object to the form.
4  A   VP Securities does not look at
5  the -- at either the owner of the securities
6  account or potentially the beneficial owner
7  of the holding.
8  Q   And the process that VP Securities
9  uses is not a process that's imposed upon it
10 by SKAT, correct?
11 A   The process that VP Securities uses
12 is market practice and is something that is
13 created in order to ensure that the dividend
14 is related to each security is -- is
15 correct -- is correct so that -- so that the
16 payment is related to the circulating amount
17 on the general ledger.
18 Q   Okay.  But to your knowledge, VP's
19 process does not correspond to SKAT's own
20 process for determining the beneficial
21 ownership, correct?
22     MR. SMITH:  Object to the form.
23 A   I am not fully aware of SKAT's
24 process for this.
25 Q   Okay.

Page 143

1      MR. SCHOENFELD:  Okay.  I think
2  that I am done, subject to our reservation.
3      Just give me one second.
4      (Whereupon, a discussion was held
5  off the record.)
6      MR. SCHOENFELD:  Okay.  I think
7  we're done.
8      Ms. Sorensen, thank you so much for
9  your time.  I really appreciate it.
10     And I wish you the very best of
11 luck with your child, as my five-year-old and
12 nine-year-old are screaming in the background
13 this morning.
14     Thank you very much for your time.
15     THE WITNESS:  Thank you.
16     MR. SMITH:  And just to clarify,
17 Alan, does anyone else from the defense group
18 have any questioning that we should be aware
19 of for scheduling purposes?
20     Hearing no comments, we'll take
21 that as a -- we'll take that as a no.
22     MR. SCHOENFELD:  All right.  Thank
23 you, everyone.
24     VIDEO OPERATOR:  Standby.
25     The time is 8:01 a.m., New York

Page 144

1  time, and we're going off the record.
2      (Whereupon, the deposition was
3  concluded at 8:01 a.m.)
4      (Witness was excused.)
5      THE COURT REPORTER:  Just recapping
6  orders, Hughes Hubbard, three realtime
7  hookups, rough draft, two-day final.
8      Hanamirian, standard delivery copy.
9      Kostelanetz, standard delivery
10 copy, one realtime hookup.
11     K&L Gates, rough draft, standard
12 delivery copy.
13     Wilmer Hale, three realtime
14 hookups, rough draft, standard delivery copy.
15     Binder & Schwartz, standard
16 delivery copy.

Page 145

1           C E R T I F I C A T E
2      I, CHARLENE FRIEDMAN, a Certified Court
3  Reporter and Notary Public, qualified in and for
4  the State of New Jersey do hereby certify that
5  prior to the commencement of the examination HELEN
6  SORENSEN was duly sworn by me to testify to the
7  truth the whole truth and nothing but the truth.
8      I DO FURTHER CERTIFY that the foregoing
9  is a true and accurate transcript of the testimony
10 as taken stenographically by and before me at the
11 time, place and on the date hereinbefore set forth.
12     I DO FURTHER certify that I am neither a
13 relative of nor employee nor attorney nor counsel
14 for any of the parties to this action, and that I
15 am neither a relative nor employee of such attorney
16 or counsel, and that I am not financially
17 interested in the action.

_[signature]_

21 CHARLENE FRIEDMAN, RPR, CRR, CCR of the
22 State of New Jersey
23 License No: 30XI00204900
24 Date:  September 21, 2021

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Helen Sorensen - December 7, 2021

5 (Pages 14 to 17)

Page 14

 1         So it is something that is not done
 2  on a daily basis when it comes to shares.
 3      Q    And it's only the company that has
 4  the ability to increase the number of shares
 5  that are listed on VP's general ledger?
 6         MR. DULBERG:  Objection.
 7      A    Yes.
 8      Q    And there's no way for a market
 9  participant to create new shares beyond those
10  that have been registered by the issuing
11  company?
12         MR. DULBERG:  Objection, beyond the
13  scope, calls for expert testimony, improper
14  lay opinion.
15         You may answer.
16      A    If we're talking about ordinary
17  shares, the actual shares, then no.
18      Q    And specifically regards to the
19  shares issued by a Danish company, is there
20  any way for a market participant to create
21  the new shares beyond those that have been
22  registered at VP Securities?
23         MR. DULBERG:  Same objection.
24      A    Then they would not be actual
25  shares.

Page 15

 1      Q    Do financial institutions with
 2  accounts of VP Securities report settlement
 3  of their securities in their accounts on a
 4  daily basis?
 5      A    Can you --
 6      Q    Sure.
 7         Do financial institutions, that
 8  have accounts at VP Securities, report the
 9  settlement of the securities transactions in
10  their accounts on a daily basis?
11         MR. DULBERG:  Objection.
12      A    I need you to specify.  Do you
13  refer to the settlement in VP Securities or
14  the trade?
15      Q    The settlement at VP Securities.
16         MR. DULBERG:  Objection.
17      A    Yes, that is reported.
18      Q    And it's on a daily basis?
19         MR. DULBERG:  Objection.
20      A    I do not remember.
21      Q    When reporting settlement
22  instructions to VP Securities, do the
23  financial institutions have to report each
24  specific individual trade that they've
25  undertaken on a given day?

Page 16

 1      A    No, they don't.
 2      Q    Are financial institutions
 3  permitted to report security of transactions
 4  within an omnibus account on a net settlement
 5  basis?
 6      A    Yes, they can.
 7      Q    And what does a "net settlement
 8  basis" mean?
 9      A    It means that during the day,
10  several trades between different parties
11  within the bank have happened, and then by
12  the end of the day, the bank will collect the
13  trades that have occurred in the same ISIN
14  code for the same securities account and then
15  do a netting process, which means that the
16  liquidity needed and the amount of shares
17  that are actually, say, changing places is --
18  is minimal in order to save costs.
19      Q    And does VP Securities have
20  visibility into the net settlement of
21  securities transactions by a bank?
22         MR. DULBERG:  Objection to form.
23      A    VP Securities only have the
24  insights of the -- the level closest to VP.
25         So if there is an underlying

Page 17

 1  information, VP does not know it.  That would
 2  be the broker or the bank that has this
 3  information.
 4      Q    So VP Securities only gets the
 5  final net securities settlement instruction?
 6      A    Yes.
 7      Q    And VP Securities would see the
 8  offsetting transactions under that level?
 9      A    No, we won't see that.
10      Q    When VP Securities determines the
11  dividend to be paid to an omnibus account for
12  a security, does it look at the securities
13  transactions that may have occurred in that
14  account, or does it look at just the total
15  holdings of a Danish security contained in
16  the account?
17         MR. DULBERG:  Objection.
18      A    The system takes a snapshot on
19  record date based on the holding that is in
20  the securities account.
21      Q    So you're only looking at the final
22  position in a particular security in a
23  omnibus account?
24         MR. DULBERG:  Objection to form.
25      A    Yes.

Page 42

1  VP Securities distributes dividends to
2  registered owners or to owners that are
3  registered with VP Securities.
4          Do you have that in mind?
5     A   Yes.
6          MR. SMITH:  Objection to form.
7     Q   And many Danish investors -- many
8  Danish investors are registered directly with
9  VP Securities, correct?
10         MR. SMITH:  Objection to form.
11    A   That is correct.
12    Q   Foreign investors are not
13 registered directly with VP Securities,
14 correct?
15         MR. SMITH:  Objection to form.
16    A   Not all.  You could say that there
17 is not a clear answer to that.  There will
18 always be some foreign investors that are
19 registered directly in VP Securities.
20    Q   There are some foreign investors
21 who are registered directly in VP Securities,
22 right?
23    A   Yes, that is correct.
24    Q   There are many foreign investors
25 who are not registered directly with

Page 43

1  VP Securities, correct?
2          MR. SMITH:  Objection to form.
3     A   That is correct.
4     Q   The foreign investors who are not
5  registered with VP Securities might have
6  accounts with custodians who also are not
7  registered directly with VP Securities,
8  correct?
9          MR. SMITH:  Objection to form.
10    A   That is correct.
11    Q   And investors who use custodians
12 who are not directly registered with
13 VP Securities can still buy and sell Danish
14 securities, true?
15         MR. SMITH:  Objection to form.
16    A   That's true.
17    Q   Now, the registered owners that VP
18 is aware of are not always the same as the
19 beneficial owners of securities, correct?
20         MR. SMITH:  Objection to form.
21    A   The information on the securities
22 account, the static data on the securities
23 account is -- held information about the
24 securities account.  It holds information
25 about who the securities account owner is.

Page 44

1  You could say hold information about who the
2  owner -- it's not related to each other, per
3  se.
4          It could be the same person or the
5  same entity, but it does not have to be the
6  same party that has its -- the information
7  registered on the securities account.
8     Q   In other words, a beneficial owner
9  of Danish securities may not be the
10 registered owner with VP Securities, correct?
11         MR. DULBERG:  Objection to form.
12    A   That is correct.
13    Q   And that's for lots of different
14 reasons, right?
15         MR. SMITH:  Objection to form.
16    A   Give me an example.
17    Q   To take one example, the
18 VP Securities might have an omnibus account
19 or listed as the beneficial owner -- or
20 registered as the owner of securities or the
21 custodian registered as the owner of
22 securities, but in fact, the securities are
23 held by customers of the custodian, correct?
24         MR. SMITH:  Objection to form.
25    A   I think you could say that if the

Page 45

1  account is an omnibus account or a nominee
2  account, then the owner of the account does
3  not per se -- is not per se registered as the
4  owner of the holding.
5     Q   In the case of an omnibus or a
6  nominee account, VP Securities does not know
7  the individual account holder who owns the
8  securities, correct?
9          MR. SMITH:  Objection to form.
10    A   VP Securities does not know -- the
11 other way around.  VP Securities know who has
12 the securities accounts within VP Securities,
13 who owns the securities accounts that are in
14 VP Securities.
15         So VP Securities has information
16 about who is registered as owner of the
17 securities accounts within VP Securities.
18    Q   All right.  And those owners who
19 are registered with VP Securities are allowed
20 to lend their securities, correct?
21         MR. SMITH:  Objection to form.
22    A   VP Securities does not -- you can
23 say not get involved in how the securities
24 account owners actually handle or deal with
25 the securities accounts.

Page 46

1  Q   I think we covered this the last
2 time we spoke, but securities lending is
3 legal in Denmark, correct?
4      MR. SMITH:  Objection to form.
5  A   As -- as far as my knowledge, yes.
6  Q   Sure.
7      You're not aware of any prohibition
8 on lending out securities, correct?
9      MR. SMITH:  Objection to form.
10 A   It's not my area of expertise, but
11 as I said, to my prior knowledge, you are
12 correct.
13 Q   And someone who borrows securities
14 is allowed to sell those securities, too,
15 correct?
16     MR. SMITH:  Objection to form.
17 A   That's outside of my area, because
18 it's part of the trading process.  It's not
19 registered in VP Securities.
20 Q   Right.
21     There's a lot of market activity
22 that VP Securities is not aware of, right?
23     MR. SMITH:  I'm going to object
24 here, Andrew.
25     We went -- I let this questioning

Page 47

1 go on for a bit, but it's outside the scope
2 of the questions that I asked Ms. Sorensen.
3 And you had -- your firm had the opportunity
4 to ask these questions, and they did ask
5 these questions of Ms. Sorensen the last
6 time.
7      So I'm going to ask you to restrict
8 your questions to an appropriate scope of
9 what was asked on my questioning.
10     MR. DULBERG:  I disagree with the
11 objection.
12 Q   But you may answer, Ms. Sorensen.
13 A   Can you ask the question again?
14 Q   Yes.
15     There's a -- in your answer, you
16 said -- well, strike that.
17     There's a lot of market activity
18 that VP Securities is not aware of, right?
19     MR. SMITH:  I'm going to object,
20 again, on the same basis, as well as object
21 to form.
22     MR. DULBERG:  Noted.
23 A   VP Securities is involved in
24 settlement of securities transactions and
25 corporate actions.

Page 48

1     So the -- the scope of
2 VP Securities, yes, is within that borders,
3 within those borders.
4  Q   And there -- there are many
5 transactions involving Danish securities that
6 VP Securities lacks visibility into, correct?
7      MR. SMITH:  Objection to form.
8      And once again, I view this line of
9 questioning as improper and outside the scope
10 of what was asked during my questioning of
11 her, and would once again ask you to limit
12 your questioning to what is the appropriate
13 scope based off the questioning that was
14 previously posed to Ms. Sorensen.
15 Q   You can answer.
16 A   I can only answer and say the
17 process that VP Securities is involved in --
18 you -- I don't know what you're referring to.
19 It could be multiple things, but probably
20 yes.
21 Q   And when --
22 A   My answer is probably yes.
23 Q   Probably yes, thank you.
24     When you were speaking with Mr.
25 Smith earlier today, one of the things you

Page 49

1 said is that trading is outside of your
2 expertise.
3      Is that correct?
4      MR. SMITH:  Objection to form.
5  A   Yes.
6  Q   Stock lending is outside of your
7 expertise, correct?
8      MR. SMITH:  Objection to form.
9  A   That is correct.
10 Q   And you understand -- to go back to
11 what I was starting to ask you about -- that
12 there is a difference between the owners that
13 VP Securities understands are the registered
14 owners and the beneficial owners that Skat
15 thinks about for tax purposes.
16     Is that right?
17     MR. SMITH:  Objection to form.
18 A   Yes.  I am aware of that
19 difference.
20 Q   And can you explain that
21 difference?
22     MR. SMITH:  Objection to form.
23 A   I believe that during the last
24 interview or questioning, you asked me to
25 define what Skat's -- what's a beneficial

Page 50

1  owner and I told you the last time that that
2  would be Skat's definition and not mine.
3      Q    And Skat's definition of beneficial
4  owner is different than VP Securities'
5  definition of legally registered owner,
6  correct?  Those are two different concepts,
7  right?
8          MR. SMITH:  Objection to form,
9  asked and answered.
10         THE WITNESS:  Mr. Smith, what did
11 you say in your objection?
12         MR. SMITH:  Objection to form,
13 asked and answered.
14     A    What I know is that it is probably,
15 yes.
16     Q    Yes, beneficial ownership, as Skat
17 understands that term, is a different concept
18 than the registered ownership with
19 VP Securities, right?
20         MR. SMITH:  Objection to form,
21 asked and answered.
22     A    VP Securities is under one
23 legislation with its own definitions, and
24 Skat is using another legislation within its
25 own definitions, meaning that there would

Page 51

1  probably be a difference between those
2  concepts.
3      Q    All right.  Now, you spoke with Mr.
4  Smith quite a bit about the distribution of
5  dividends.
6          Do you recall that?
7      A    Yes, yes.
8      Q    VP Securities does not have a
9  monopoly on distributing dividends to
10 shareholders, correct?
11         MR. SMITH:  Objection to the form.
12     A    VP Securities has a monopoly on
13 distributing dividend to -- based on
14 companies that have registered their share in
15 VP Securities, meaning that all dividend
16 payment has to go initially via
17 VP Securities, and VP Securities will pay out
18 the dividend to the account owners where the
19 holding is registered based on the
20 information that is registered on the
21 securities account.
22     Q    Those account owners might need to
23 pass on that dividend to someone else,
24 correct?
25         MR. SMITH:  Objection to form.

Page 52

1      A    They will need to further
2  distribute to the next level in the chain.
3      Q    And it's also -- are you familiar
4  with the phrase "market compensation" or
5  "payment in lieu" of a dividend?
6          MR. SMITH:  Objection to form,
7  asked and answered.
8          This was covered in your prior
9  testimony.  It's outside the scope of the
10 questioning that I had.  Once again, I feel
11 it's improper to go outside the scope of my
12 questioning.
13         I would ask you to restrict your
14 questions to the issues that were raised
15 during my questioning of Ms. Sorensen.
16     A    I -- I don't know the specific
17 meaning of the interpretation that you used.
18     Q    Okay.  Now, you talked about
19 settlement with Mr. Smith.
20         Do you recall that?
21     A    Yes.
22     Q    And you talked about the difference
23 between the settlement date and the trade
24 date, correct?
25         MR. SMITH:  Objection to form.

Page 53

1      A    Yes, I remember.
2      Q    The trade date is before the
3  settlement date, correct?
4          MR. SMITH:  Objection.
5      A    That is correct.
6      Q    And upon the trade date, you have a
7  final and binding agreement to exchange
8  shares for dollars in a later date, correct?
9          MR. SMITH:  Objection to form.
10     A    On the trade date you agree on the
11 terms of the trade.
12     Q    And -- and you own the security on
13 the trade date, correct?
14         MR. SMITH:  Objection to form.
15         It misstates the prior testimony,
16 and once again, this is outside the scope of
17 the issues that were raised during my
18 examination of Ms. Sorensen.  I feel it's an
19 improper line of questioning.
20         I ask you again to keep yourself
21 within the scope of the questioning that was
22 posed to Ms. Sorensen.
23     A    The ownership and the entitlements
24 that are connected to the shares is -- is
25 transferred, you can say, on settlement date.