# Exhibit 64

**OLD PARK LANE CAPITAL PLC**+

Old Park Lane Capital PLC
49, Berkeley Square
London W1J 5AZ

# The Proper Pacific LLC 401k Plan
31W 21st Street, Apt. 2N, New York, NY 10010, United States of America

## Quarter 4 - 2014

Remittance Breakdown - PPL01/Q4/2014

| | |
|---|---:|
| TAS Platform Fee | USD 3,682.80 |
| **Belgium** | |
| Equity Fee | USD 112.01 |
| Forward Fee | USD 7,467.60 |
| Stock Loan Fee | USD 1,247.65 |
| **Denmark** | |
| Equity Fee | USD 74.65 |
| Forward Fee | USD 14,930.70 |
| Stock Loan Fee | USD 2,486.55 |
| **Total Amount Due** | **USD 30,001.97** |



PAID

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

Page **1** of **4**

PROPPACIF00000109

## TAS Platform Fees

| Fee Type | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|
| Platform Fee | 28 November 2014 | EUR 1,500.00 | USD 1,867.80 |
| Platform Fee | 31 December 2014 | EUR 1,500.00 | USD 1,815.00 |
| | Total | EUR 3,000.00 | USD 3,682.80 |

## Transaction Fees

### Belgium
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 89.7100 | 836,027 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | USD 18.70 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 89.7100 | 662,159 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | USD 18.70 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 89.7100 | 836,027 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | USD 18.70 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 91.7100 | 817,795 | 214,070,674.23 | 10 December 2014 | 15 December 2014 | EUR 15.00 | USD 18.64 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 91.7100 | 698,623 | 214,070,674.23 | 10 December 2014 | 15 December 2014 | EUR 15.00 | USD 18.64 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BAS01 | EUR | 91.7100 | 817,795 | 214,070,674.23 | 10 December 2014 | 15 December 2014 | EUR 15.00 | USD 18.64 |
| | | | | | | | | | Total | EUR 90.00 | USD 112.01 |

### Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | COR01 | EUR | 89.0000 | 2,334,213 | 207,744,957.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,739.20 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | COR01 | EUR | 91.7300 | 2,334,213 | 214,117,358.49 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,728.40 |
| | | | | | | | | | Total | EUR 6,000.00 | USD 7,467.60 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

PROPPACIF00000110

# OLD PARK LANE CAPITAL PLC

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | ABI | ANHEUSER-BUSCH INBEV NV | GNO01 | EUR | 89.7100 | 2,334,213 | 209,402,248.23 | 14 November 2014 | 17 November 2014 | Fee Rate = 57.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | USD 626.25 |
| Recall | ABI | ANHEUSER-BUSCH INBEV NV | GNO01 | EUR | 91.7100 | 2,334,213 | 214,070,674.23 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | USD 621.40 |
| | | | | | | | | | | | Total | EUR 1,000.00 | USD 1,247.65 |

## Denmark
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | CHR | CHR HANSEN HOLDING A/S | BAS01 | DKK | 258.9000 | 839,500 | 217,346,550.00 | 27 November 2014 | 02 December 2014 | EUR 15.00 | USD 18.71 |
| Buy | COLOB | COLOPLAST-B | BAS01 | DKK | 527.0000 | 930,208 | 490,219,616.00 | 04 December 2014 | 09 December 2014 | EUR 15.00 | USD 18.56 |
| Sell | CHR | CHR HANSEN HOLDING A/S | BAS01 | DKK | 261.0000 | 839,500 | 219,109,500.00 | 16 December 2014 | 18 December 2014 | EUR 15.00 | USD 18.76 |
| Sell | COLOB | COLOPLAST-B | BAS01 | DKK | 501.5000 | 930,208 | 466,499,312.00 | 17 December 2014 | 19 December 2014 | EUR 15.00 | USD 18.62 |
| | | | | | | | | | Total | EUR 60.00 | USD 74.65 |

### Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | CHR | CHR HANSEN HOLDING A/S | AMA01 | DKK | 256.4200 | 839,500 | 215,264,590.00 | 27 November 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,741.60 |
| Sell | COLOB | COLOPLAST-B | AMA01 | DKK | 522.0400 | 930,208 | 485,605,784.32 | 04 December 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,712.50 |
| Buy | CHR | CHR HANSEN HOLDING A/S | AMA01 | DKK | 261.2200 | 839,500 | 219,294,190.00 | 16 December 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,752.70 |
| Buy | COLOB | COLOPLAST-B | AMA01 | DKK | 501.9100 | 930,208 | 466,880,697.28 | 17 December 2014 | 20 March 2015 | EUR 3,000.00 | USD 3,723.90 |
| | | | | | | | | | Total | EUR 12,000.00 | USD 14,930.70 |

## Stock Loan

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188   F: +44 (0)20 7493 3576   W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

PROPPAC|F00000111

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | CHR | CHR HANSEN HOLDING A/S | GNO01 | DKK | 258.9000 | 839,500 | 217,346,550.00 | 01 December 2014 | 02 December 2014 | Fee Rate = 35.67, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | USD 624.70 |
| Lend | COLOB | COLOPLAST-B | GNO01 | DKK | 527.0000 | 930,208 | 490,219,616.00 | 08 December 2014 | 09 December 2014 | Fee Rate = 36.47, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | USD 615.75 |
| Recall | CHR | CHR HANSEN HOLDING A/S | GNO01 | DKK | 261.0000 | 839,500 | 219,109,500.00 | 16 December 2014 | 18 December 2014 | | No text | EUR 500.00 | USD 625.45 |
| Recall | COLOB | COLOPLAST-B | GNO01 | DKK | 501.5000 | 930,208 | 466,499,312.00 | 17 December 2014 | 19 December 2014 | | No text | EUR 500.00 | USD 620.65 |
| | | | | | | | | | | | Total | EUR 2,000.00 | USD 2,486.55 |

**Grand Total**    **USD 30,001.97**

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **4** of **4**

PROPPAC|F00000112