

SWIFT Message Detail

Message ID  2706912

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| #G325CJU6A001 | N/A |
| **Asset Series** | **Curr Series** |
| 27.7428 | 27.7428 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **UserHdr** |
| {MAC:00000000}{CHK:4844845C154E} | {108:ISI41908502W5000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGHZZAXXX0524074074 | O5450143140326PARBFRPPHXXX4980946581403260043N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 01:00:47 |
| **Load Port** | **Proc User** |
| S608207NJ3VvY07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | |
| | **OATS Sent** ☐ |
| **File Name** | |
| 06946764.TXT | |
| **Memo** | |

CONFIDENTIAL

**Details (38)**

Show Groups                    System D

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//#G325CJU6A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326014059 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E10000Z7742901 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060994315 |
| 14 | 14 | 70O | :NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT//500000, |
| 18 | 18 | 97A | :SAFE//41379000010000778025F |
| 19 | 19 | 97A | :CASH//41379000010000024759K |
| 20 | 20 | 91F | :SAFE//CUST//N0EADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//BBBSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBE88XXX |
| 29 | 29 | 97A | :SAFE//00005114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK87006487S, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

EL08PJ00048762



| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG325CJUSA001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140328014055 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000027743101 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0060534815 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1300000, |
| 18 | 97A | :SAFE//413280000100007786C3F |
| 19 | 97A | :RELA//413280000100007247990X |
| 20 | 94F | :SAFE//CUST/N OEAD4HHCXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//JRVTBE88XXX |
| 29 | 97A | :SAFE//05885114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK370054875, |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

ED&F-00048763



SWIFT Message Detail

**Message ID** 2713534

**Retrieve**

SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325CJU7A001 | N/A |
| **Asset Series** | **Curr Series** |
| 277433 | 277432 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:8034E49D1D4E} | {108:ISI4190850HHL000} |
| **Basic Hdr** | **App Hdr** |
| FD1MACVGB22AXXX0624077283 | O5451232140326PARBFRPPDXXX07017792241403261132N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:19 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | **OATS** ☐ |
| [NULL] | **OATS Sent** ☐ |
| **File Name** | |
| 06846856.TXT | |
| **Memo** | |

**Details (38)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU7A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122533 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//511 |
| 7 | 7 | 20C | :RELA//E1000027743301 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000778823F |
| 19 | 19 | 97A | :CASH//41329000010000724795K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVITBE88XXX |
| 29 | 29 | 97A | :SAFE//08235114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |

**Release** **Modify** **Tag Value**

SWIFT Message Detail Retrieved



CONFIDENTIAL



SWIFT Message De ail

**Message ID** 2711177

Retrieve

SWIFT Information

**Msg Type**
545

**Direction**
F om Swif

**Status**
Closed

**Loc ID**
DEN-27%

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG326ATQ2A001

**Purpose**
N/A

**Asset Series**
0.0

**Curr Series**
0.0

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:AD3E7185F2F6}

**User Hdr**
{108:ISI4190850G0M000}

**Basic Hdr**
F01MACVG622AXXX0624076185

**App Hdr**
O5451037140326PARBFRPPFXXX4664468034140326093?N

**Load User**
SHSYSTEM

**Load Date**
03/26/2014 05:38:39

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**ProcDate**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06846832.TXT

**Memo**

**Details (37)**

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG326ATQ2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326103358 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 20C | :RELA//E1000027744801 |
| 7 | 7 | 16S | LINK |
| 8 | 8 | 16S | GENL |
| 9 | 9 | 16R | TRADDET |
| 10 | 10 | 98A | :TRAD//20140320 |
| 11 | 11 | 98A | :ESET//20140326 |
| 12 | 12 | 35B | ISIN DK0060534915 |
| 13 | 13 | 000 | NOVO NORDISK AS |
| 14 | 14 | 16S | TRADDET |
| 15 | 15 | 16R | FIAC |
| 16 | 16 | 36B | :ESTT//UNIT/1500000, |
| 17 | 17 | 97A | :SAFE//4132900001000778823F |
| 18 | 18 | 97A | :CASH//41329000010000724798K. |
| 19 | 19 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 20 | 20 | 16S | FIAC |
| 21 | 21 | 16R | SETDET |
| 22 | 22 | 22F | :SETR//TRAD |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :DEAG//ESSEDKKKXXX |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :SELL//IRVTBEBBXXX |
| 28 | 28 | 97A | :SAFE//0929514373 |
| 29 | 29 | 16S | SETPRTY |
| 30 | 30 | 16R | SETPRTY |
| 31 | 31 | 95P | :PSET//VPDKDKKKXXX |
| 32 | 32 | 16S | SETPRTY |
| 33 | 33 | 16R | AMT |
| 34 | 34 | 19A | :ESTT//DKK870064875, |
| 35 | 35 | 98A | :VALU//20140326 |
| 36 | 36 | 16S | AMT |
| 37 | 37 | 16S | SETDET |

Release Modify **Tag Value**

SWIFT Message Detail Retrieved

CONFIDENTIAL



SWIFT Message Detail

Message ID 2713644                                                    Retrieve

SWIFT Information

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| PG325BCY3A001 | N/A |
| **Asset Series** | **Curr Series** |
| 279217 | 279218 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:605DD06&DD3E} | {108:ISI4190&50HLB000} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGH27AXXX0624077338 | O5451233140326PARBFRPPBXXX83457662541403261134N |
| **Load User** | **Load Date** |
| SHSYSTEM | 26-03-2014 07:36:26 |
| **Load Port** | **Proc User** |
| S60S207NJ3WV07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06346362.TXT | |
| **Memo** | |

CONFIDENTIAL

Details (38)

Show Groups                                    System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325BCY3A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326123045 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E10000e2521701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :SETT//20140326 |
| 13 | 13 | 36B | :ISIN DK0060004515 |
| 14 | 14 | 000 | N0VO N0RDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//413790000100007740&3F |
| 19 | 19 | 97A | :CASH//413790000100007247&3X |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKGOXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :BEAG//ESSEBKKGOXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//00895114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKGOXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK87000442O, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00048767